UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                            :
In re:                                      :
                                            :
MF Global Holdings Ltd.                     :   Case No. 11-15059 (SMB)
f/k/a MF Global Ltd.                        :
                                            :
                    DEBTOR                  :   Chapter 11
_____ :


REASSIGNMENT

    The above-referenced chapter 11 case no. 11-15059 has been reassigned from Judge Stuart M. Bernstein to Judge Martin Glenn.


                              /s/ Vito Genna
                              Clerk of Court

Date:   October 31, 2011

cc:     Judge Stuart M. Bernstein
        Judge Martin Glenn
        US Trustee
        Automation Specialist
        Supervisors
        Case Administrators
        Courtroom Deputies (SMB) (MG)