**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                            :
In re                                       :    Chapter 11
                                            :
MF GLOBAL HOLDINGS LTD., et al.,            :    Case No. 11-15059 (MG)
                                            :
                        Debtors.            :    (Joint Administration Pending)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

**ORDER GRANTING EXTENSION OF TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES, SCHEDULES OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND STATEMENTS OF FINANCIAL AFFAIRS**

Upon the motion (the "Motion")[1] of the Debtors for an order under section 521 of the Bankruptcy Code and Bankruptcy Rule 1007(c) extending the time to file their Schedules and Statements; and upon the Abelow Declaration; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be provided; and it appearing that the relief requested by the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation thereon; and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is GRANTED as set forth in this Order.

2. Pursuant to Bankruptcy Rule 1007(c), the time within which the Debtors shall file their Schedules and Statements is hereby extended, for cause, through and including January 30, 2012.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

3. The entry of this Order shall be without prejudice to the Debtors' right to seek further extensions of time within which to file the Schedules and Statements.

Dated: New York, New York
    _____, 2011

                          UNITED STATES BANKRUPTCY JUDGE

888975-Chicago Server 2A - MSW