**Exhibit A**

Organizational Chart

# MF GLOBAL LEGAL STRUCTURE



Dated: September 30, 2011

**Exhibit B**

**Consolidated List of Creditors Holding the Fifty Largest Unsecured Claims**

    Following is a consolidated list of unsecured creditors holding the 50 largest unsecured claims against MF Global Holdings Ltd. and MF Global Finance USA Inc. (together, the "Debtors"), as of approximately October 23-30, 2011. The list has been prepared on a consolidated basis, based upon the current records of the Debtors that have contemporaneously commenced chapter 11 cases in this Court. Related entities may be listed in a consolidated basis on this chart. In setting forth the approximate amount of each claim, the Debtors may have used estimates for market values for securities and currencies and related company offsets. Certain financial instruments are illiquid and difficult to price, therefore these cannot be valued with accuracy, and values listed herein may vary substantially from fair value.

    The Debtors have not yet identified which of the 50 largest unsecured creditors, if any, are contingent, unliquidated, disputed and/or subject to setoff. The Debtors reserve all rights with respect to the creditors listed on this schedule, including the right to identify any of them as contingent, unliquidated, disputed and/or subject to setoff, as appropriate. The amounts are based on the Debtors' records at the time this schedule was filed. The Debtors may continue to reconcile the amounts on this schedule, and accordingly, neither the Debtors nor its professionals can guaranty that such numbers are accurate at this time. The information presented in this list shall not constitute an admission by, nor is it binding on, the Debtors.

    The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101 or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 50 largest unsecured claims.

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent, Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 1. | JPMorgan Chase Bank, N.A., as Indenture Trustee<br>270 Park Ave<br>New York, NY 10017 | Unknown | Bond Debt | Unknown | $1,200,875,000 |
| 2. | Deutsche Bank Trust Company Americas, as Indenture Trustee for 6.250% Notes due August 8, 2016<br>Attention: Lynne Malina<br>Legal Department<br>60 Wall Street, 37th Floor<br>New York, New York 10005<br>Fax: (212) 250–0677 | Unknown | Bond Debt | Unknown | $325,000,000 |

|   | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent, Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 3. | Deutsche Bank Trust Company Americas, as Indenture Trustee for 3.375% Notes due August 1, 2018<br>Corporate Trust Office at<br>Attention: Lynne Malina<br>Legal Department<br>60 Wall Street, 37th Floor<br>New York, New York 10005<br>Fax: (212) 250–0677 | Unknown | Bond Debt | Unknown | $325,000,000 |
| 4. | Deutsche Bank Trust Company Americas, as Indenture Trustee for 1.875% Notes due February 1, 2016<br>Attention: Lynne Malina<br>Legal Department<br>60 Wall Street, 37th Floor<br>New York, New York 10005<br>Fax: (212) 250-0677 | Unknown | Bond Debt | Unknown | $287,500,000 |
| 5. | Deutsche Bank Trust Company Americas, as Indenture Trustee for 9% Notes due June 20, 2038<br>Attention: Lynne Malina<br>Legal Department<br>60 Wall Street, 37th Floor<br>New York, New York 10005<br>Fax: (212) 250–0677 | Unknown | Bond Debt | Unknown | $78,617,000 |
| 6. | Headstrong Services, LLC<br>4035 Ridge Top Rd Ste 300<br>Fairfax, VA 22030<br>Phone: (703) 272-6700<br>Fax: (703) 272-2000 | Unknown | Unknown | Unknown | $3,936,074 |
| 7. | CNBC<br>c/o NBC Universal CFS<br>Bank of America<br>NBC Universal Lock Box #402971<br>Atlanta, GA 30384-2971<br><br>10 Fleet Pl<br>London, EC4M7QS GB<br>Phone: 0207 653 9300 | Unknown | Unknown | Unknown | $845,397 |
| 8. | Sullivan & Cromwell LLP<br>125 Broad St<br>New York, NY 10004-2498<br>Phone: (212) 558-4000<br>Fax: (212) 558-3588 | Unknown | Unknown | Unknown | $596,939 |

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent, Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 9. | Caplin Systems Limited<br>Cutlers Court, 115 Houndsditch<br>London EC3A 7BR GB | Unknown | Unknown | Unknown | $427,520 |
| 10. | Wachtell, Lipton, Rosen & Katz<br>51 W 52nd St<br>New York, NY 10019<br>Phone: (212) 403-1000<br>Fax: (212) 403-2000 | Unknown | Unknown | Unknown | $388,000 |
| 11. | Linklaters LLP<br>1345 Avenue of the Americas<br>New York, NY 10105<br>Phone: (212) 903-9000<br>Fax: (212) 903-9100 | Unknown | Unknown | Unknown | $348,000 |
| 12. | PricewaterhouseCoopers LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Phone: (212) 596-8000<br>Fax: (813) 286-6000 | Unknown | Unknown | Unknown | $312,598 |
| 13. | Dean Media Group<br>560 W Washington Blvd Ste 420<br>Chicago, IL 60605 | Unknown | Unknown | Unknown | $309,000 |
| 14. | Oracle Corporation<br>500 Oracle Pkwy<br>Redwood Shores, CA 94065<br>Phone: (916) 315-4305<br>Fax: (650) 506-7200 | Unknown | Unknown | Unknown | $302,704 |
| 15. | ForwardThink Group Inc<br>112 Candido Ct<br>Manalapan, NJ 07726<br>Phone: (646) 873-6530 | Unknown | Unknown | Unknown | $278,825 |
| 16. | Bloomberg Finance LP<br>731 Lexington Ave<br>New York, NY 10022<br>Fax: (917) 369-5000 | Unknown | Unknown | Unknown | $276,064 |

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent, Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 17. | The Gate Worldwide (S) Pte Ltd<br>11 E 26th St Fl 14<br>New York, NY 10010-1422<br>Fax: (212) 508-3543<br><br>52 Craig Rd<br>Singapore 89690 | Unknown | Unknown | Unknown | $229,739 |
| 18. | Lever Interactive<br>1431 Opus Pl Ste 625<br>Downers Grove, IL 60515 | Unknown | Unknown | Unknown | $178,900 |
| 19. | Braxton Group LLC<br>7 Bridge View Dr<br>New Fairfield, CT 06812<br>Phone: (203) 312-9200 | Unknown | Unknown | Unknown | $172,325 |
| 20. | Forum Group<br>260 Madison Ave # 200<br>New York, NY 10016-2401<br>Phone: (212) 687-4050<br>Fax: (917) 256-0314 | Unknown | Unknown | Unknown | $154,300 |
| 21. | Shearman & Sterling<br>599 Lexington Ave<br>New York, NY 10022<br>Phone: (212) 848-4000<br>Fax: (212) 848-7179 | Unknown | Unknown | Unknown | $135,500 |
| 22. | RR Donnelly<br>111 South Wacker Dr<br>Chicago, IL 60606<br>Phone: (312) 326-8000<br>Fax: (212) 503-1344 | Unknown | Unknown | Unknown | $118,600 |
| 23. | Infinia Group LLC<br>515 West 20th St Fl 3<br>New York, NY 10011<br>Phone: (212) 463-5100 | Unknown | Unknown | Unknown | $115,001 |
| 24. | Directors Fees<br>717 Fifth Ave<br>New York, NY 10022 | Unknown | Unknown | Unknown | $105,000 |

|  | **Name, Address, Phone and Fax No. of Creditor** | **Person(s) Familiar with Debtors' Account** | **Nature of Claim** | **Contingent, Unliquidated and/or Disputed** | **Approximate Amount of Claim** |
|---|---|---|---|---|---|
| 25. | ADK America Inc<br>515 West 20th St Fl 6 East<br>New York, NY 10011<br><br>3137 S La Cienega Blvd<br>Los Angeles, CA 90016 | Unknown | Unknown | Unknown | $101,958 |
| 26. | Alvarez & Marsal Tax Advisory Services LLC<br>600 Lexington Ave Fl 6<br>New York, 10022 10017<br>Phone: (212) 759-4433<br>Fax: (212) 328-8757 | Unknown | Unknown | Unknown | $65,000 |
| 27. | The Global Capital Group, Ltd<br>88 W Schiller Ste 3008<br>Chicago, IL 60610<br>Phone: (312) 451-2676 | Unknown | Unknown | Unknown | $63,250 |
| 28. | Access Search Inc<br>218 N Jefferson Ste 302<br>Chicago, IL 60661<br>Phone: (312) 930-1034<br>Fax: (312) 930-1070 | Unknown | Unknown | Unknown | $61,440 |
| 29. | Holland & Knight<br>Attn Bill Honan, Executive Partner<br>31 W 52nd St<br>New York, NY 10019<br>Phone: (212) 513-3200<br>Fax: (212) 385-9010 | Unknown | Unknown | Unknown | $59,000 |
| 30. | JVKellyGroup Inc<br>145 E Main St<br>Huntington, NY 11743<br>Phone: (631) 427-2888<br>Fax: (631) 427-0266 | Unknown | Unknown | Unknown | $56,760 |
| 31. | Willis of New York, Inc.<br>200 Liberty St Fl 7<br>New York, NY 100281-0001<br>Phone: (212) 344-8888<br>Fax: (212) 915-8511 | Unknown | Unknown | Unknown | $49,850 |
| 32. | Fleishman Hillard Inc<br>4706 Paysphere Cir<br>Chicago, IL 60674<br>Phone: (314) 982-1700<br>Fax: (314) 231-2313 | Unknown | Unknown | Unknown | $42,000 |

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent, Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 33. | American Express Company<br>Corporate Services Operations<br>AESC-P<br>20022 N 31st Ave<br>Mail Code AZ-08-03-11<br>Phoenix, AZ 85027<br>Phone: (800) 528-2122 | Unknown | Unknown | Unknown | $40,000 |
| 34. | Other Regrsn<br>111 South Wacker Dr<br>Chicago, IL 60606<br>Phone: (312) 326-8000 | Unknown | Unknown | Unknown | $37,280 |
| 35. | Technology Managemant Consulting Group<br>DBA Roadmap Learning<br>235 Iris Rd<br>Lakewood, NJ 08701 | Unknown | Unknown | Unknown | $34,000 |
| 36. | Eloqua Corporation<br>1921 Gallows Rd Ste 250<br>Vienna, VA 22182-3900<br>Fax: (302) 655-5049 | Unknown | Unknown | Unknown | $33,000 |
| 37. | GKH Law Offices<br>One Azrieli Center, Round Building<br>Tel Aviv 67021 Israel<br>Phone: 972-3-607-4444<br>Fax: 972-3-607-4422<br><br>1 Shmuel Ha'Nagid Street, 4th Floor<br>Jerusalem 94592 Israel<br>Phone: 972-2-623-2683<br>Fax. 972-2-623-6082 | Unknown | Unknown | Unknown | $30,074 |
| 38. | The Siegfried Group LLP<br>1201 Market St Ste 700<br>Wilmington, DE 19801-1147 | Unknown | Unknown | Unknown | $30,000 |
| 39. | Synechron (Synechron Inc)<br>15 Corporate Pl S Ste 400<br>Piscataway, NJ 08854<br>Phone: (732) 562-0088<br>Fax: (732) 562-1414 | Unknown | Unknown | Unknown | $29,740 |
| 40. | Amideo and Associates<br>787 S Shore Drive<br>Miami Beach, FL 33141<br>Phone: (305) 519-5377 | Unknown | Unknown | Unknown | $27,300 |

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent, Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 41. | BTA | Unknown | Unknown | Unknown | $26,978 |
| 42. | Promontory Financial Group LLC<br>1201 Pennsylvania Ave NW Ste 617<br>Washington, DC 20004-2401<br>Phone: (202) 662-6980<br>Fax: (202) 783-2924 | Unknown | Unknown | Unknown | $25,000 |
| 43. | Media Two<br>319 W Martin St Ste 200<br>Raleigh, NC 27601<br>Phone: (919) 553-1246 | Unknown | Unknown | Unknown | $25,000 |
| 44. | Ticker Consulting LLC<br>3 Cypress Dr<br>Cedar Knolls, NJ 07927 | Unknown | Unknown | Unknown | $22,800 |
| 45. | Adscom Solutions LLC<br>Attn Andre Pires<br>201 East 12 St<br>New York, NY 10003 | Unknown | Unknown | Unknown | $19,440 |
| 46. | Premiere Global Services Inc<br>The Terminus Building<br>3280 Peachtree Rd NE Ste 1000<br>Atlanta, GA 30305<br>Phone: (866) 548-3203<br>Fax: (404) 262-8540 | Unknown | Unknown | Unknown | $18,227 |
| 47. | Paul Hastings<br>Attn Barry Brooks<br>75 East 55th Street<br>New York, NY 10022<br>Phone: (212) 318-6000<br>Fax: (212) 319-4090 | Unknown | Unknown | Unknown | $11,646 |
| 48. | Fox Rothschild, LLP<br>Attn: Accounts Payable - 01<br>2000 Market St Fl 20<br>Philadelphia, PA 19103-3222<br>Phone: (215) 299-2000<br>Fax: (215) 299-2150 | Unknown | Unknown | Unknown | $11,645 |
| 49. | KPMG, LLP<br>Dept. 0511<br>POB 120001<br>Dallas, TX 75312-0511<br>Fax: (212) 758-9819 | Unknown | Unknown | Unknown | $10,000 |

|  | **Name, Address, Phone and Fax No. of Creditor** | **Person(s) Familiar with Debtors' Account** | **Nature of Claim** | **Contingent, Unliquidated and/or Disputed** | **Approximate Amount of Claim** |
|---|---|---|---|---|---|
| 50. | Stephanie G Schrock<br>7716 N Paulina St Unit 1N<br>Chicago-Rogers Park, IL 60626 | Unknown | Unknown | Unknown | $10,000 |

# Exhibit C

Public Debt:[1]

| Title | Outstanding Principal Amount (in thousands) | CUSIP/ISIN |
|---|---|---|
| 1.875% Notes due February 1, 2016 | USD 287,500 | S5277JAA |
| 6.250% Notes due August 8, 2016 | USD 325,000 | 55277JAC |
| 3.375% Notes due August 1, 2018 | USD 325,000 | SS277JAB |
| 9% Notes due June 20, 2038 | USD 78,617 | SS276YAB |

Public Equity:

As of June 30, 2011 1,500,000 shares of Series A Preferred Stock issued and outstanding to J.C. Flowers.

As of June 30, 2011, 403,550 shares of Series B Preferred Stock remain outstanding.

As of June 30, 2011, MF Global Holdings Ltd. had 164,893,000 shares of common stock outstanding.

Equity Interests Held by Insiders:

**Directors and Executive Officers (as of June 15, 2011)**

| Owner | Shares | Percentage |
|---|---|---|
| Bradley I. Abelow | 0 | — |
| Michael C. Blomfield | 0 | — |
| David P. Bolger (1) | 57,933 | * |
| Thomas Connolly (2) | 58,004 | * |
| Jon S. Corzine (3) | 2,888,200 | * |
| Laurie R. Ferber (4) | 305,96 | * |
| Eileen S. Fusco (5) | 60,120 | * |
| David Gelber (6) | 23,711 | * |
| Martin J. Glynn (7) | 52,912 | * |
| Edward L. Goldberg (8) | 52,385 | * |
| J. Randy MacDonald (9) | 601,039 | * |
| Richard W. Moore | 22,950 | * |
| David I. Schamis (10) | 12,020,000 | 6.8% |
| Robert S. Sloan (11) | 29,069 | * |
| Henri J. Steenkamp (12) | 74,334 | * |
| Michael Stockman | 10,000 | * |
| **All current directors and executive officers as a group (16 persons): (13)** | **16,256,625** | **9.0%** |

---

[1] MF Holdings is unable to determine the precise number of holders of its debt securities.

(1) Of these shares, 3,463 represent restricted shares of Common Stock that Mr. Bolger is deemed to beneficially own. Mr. Bolger has voting rights but not dispositive rights with respect to these shares. The balance of the Common Stock is owned by the director and is not subject to any restrictions.

(2) Includes 22,523 vested options to purchase common stock in each case subject to the terms and conditions of our Amended and Restated 2007 Long Term Incentive Plan.

(3) Of these shares, 2,500,000 represent vested options to purchase shares of our Common Stock at an exercise price of $9.25 per share. The balance of the Common Stock is owned either directly or by certain trusts affiliated with Mr. Corzine and are not subject to any restrictions.

(4) Includes (i) 22,147 restricted stock units that will vest within the next 60 days; (ii) stock options that will vest within the next 60 days representing the right to purchase 116,486 shares of Common Stock; and (iii) 116,487 vested options to purchase common stock in each case subject to the terms and conditions of our Amended and Restated 2007 Long Term Incentive Plan.

(5) Of these shares, 3,463 represent shares of restricted Common Stock that Ms. Fusco is deemed to beneficially own. Ms. Fusco has voting rights but not dispositive rights with respect to these shares. The balance of the Common Stock is owned by the director and is not subject to any restrictions.

(6) Of these shares, 3,463 represent shares of restricted Common Stock that Mr. Gelber is deemed to beneficially own. Mr. Gelber has voting rights but not dispositive rights with respect to these shares. The balance of the Common Stock is owned by the director and is not subject to any restrictions.

(7) Of these shares, 3,463 represent shares of restricted Common Stock that Mr. Glynn is deemed to beneficially own. Mr. Glynn has voting rights but not dispositive rights with respect to these shares. The balance of the Common Stock is owned by the director and is not subject to any restrictions.

(8) Of these shares, 3,463 represent shares of restricted Common Stock that Mr. Goldberg is deemed to beneficially own. Mr. Goldberg has voting rights but not dispositive rights with respect to these shares. The balance of the Common Stock is owned by the director and is not subject to any restrictions.

(9) Includes 112,613 vested options to purchase common stock, in each case subject to the terms and conditions of our Amended and Restated 2007 Long Term Incentive Plan.

(10) Mr. Schamis is an employee of J.C. Flowers & Co. LLC, which acts as an investment advisor to the JCF Funds, and the owner of indirect minority interests in such funds. However, Mr. Schamis does not have any voting or dispositive rights with respect to the Series A Shares held by the JCF Funds and disclaims beneficialownership thereof except to the extent of any indirect pecuniary interest therein. Mr. Schamis also personally owns 20,000 shares of Common Stock. To determine ownership percentage, we used 176,892,596 shares as the divisor.

(11) Of these shares, 3,463 represent shares of restricted Common Stock that Mr. Sloan is deemed to beneficially own. Mr. Sloan has voting rights but not dispositive rights with respect to these shares. The balance of the Common Stock is owned by the director and is not subject to any restrictions.

(12) Includes 35,962 vested options to purchase common stock in each case subject to the terms and conditions of our Amended and Restated 2007 Long Term Incentive Plan.

(13) To determine ownership percentage, we used 179,796,667 shares as the divisor, which includes Series A Shares held by the JCF Funds as well as the number of vested options held by our executive officers.

## Exhibit D

## List of Property in Possession or Custody

To the best of the Debtors' knowledge, the Debtors do not have any property in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents, or secured creditor, or agent for any such entity.

**Exhibit E**

**List of Significant Premises Owned, Leased or Held Under Other Arrangement**

The Debtors do not own, lease or otherwise hold any premises.

**Exhibit F**

**Location of Substantial Assets**

One Financial Place
440 South LaSalle Street
Chicago, Illinois 60604

55 East 52nd Street
New York, New York 10022

## Exhibit G

## Nature and Status of Each Action or Proceeding

There are no actions or proceedings, pending or threatened, against the Debtors or their property where a judgment against the Debtors or a seizure of its property may be imminent.

# Exhibit H

## List of Senior Management

**MF Holdings**

**JON S. CORZINE**. Mr. Corzine is MF Holdings's Chairman and Chief Executive Officer. Before joining MF Holdings in March 2010, Mr. Corzine most recently served as New Jersey's 54th governor from January 2006 until January 2010. Prior to that time, he was elected to represent New Jersey in the United States Senate from January 2001 until January 2006. During his tenure as a United States Senator, Mr. Corzine served on the Senate Banking, Budget, Energy and Natural Resources, and Intelligence Committees. Prior to serving in the United States Senate, Mr. Corzine was the Chairman and Senior Partner of The Goldman Sachs Group, L.P. from December 1994 to June 1998 and Co-Chairman and Co-Chief Executive Officer of The Goldman Sachs Group, L.P. from June 1998 to January 1999. Mr. Corzine began his career at Goldman Sachs as a bond trader in 1975. Mr. Corzine is also an operating partner and advisor at J.C. Flowers & Co. LLC ("JCF"), which is an affiliate of one of our largest shareholders. He holds the title of John L. Weinberg/Goldman, Sachs & Co. Visiting Professor at Princeton University's Woodrow Wilson School of Public and International Affairs for the 2010-2011 academic year.

**BRADLEY I. ABELOW**. Mr. Abelow is MF Holdings's President and Chief Operating Officer. He joined MF Holdings in September of 2010 as our Chief Operating Officer and in March 2011, he assumed the additional position as our President. He oversees the day-to-day execution of MF Holdings's strategy and holds direct responsibility for risk, operations, client services, human resources, information technology, procurement and real estate activities for all MF Holdings entities in 11 countries around the world. Prior to joining MF Holdings, Mr. Abelow was a founding partner of NewWorld Capital Group, a private equity firm investing in businesses active in environmental opportunities, such as alternative energy, energy efficiency, waste and water treatment, and environmental services. Before co-founding NewWorld, he was chief of staff to Mr. Corzine during Mr. Corzine's tenure as governor of the state of New Jersey. Prior to that, Mr. Abelow served as treasurer of the state of New Jersey. Mr. Abelow also previously was a partner and managing director of The Goldman Sachs Group, where he managed the firm's operations division, responsible for the global processing and corporate services functions of the firm. Earlier, he was responsible for Goldman Sachs' operations, technology, risk and finance functions in Asia, based in Hong Kong.

**HENRI J. STEENKAMP**. Mr. Steenkamp is MF Holdings's Chief Financial Officer. He oversees the company's financial operations, including treasury, accounting and all global financial control and reporting functions. He is responsible for aligning MF Holdings's finance and capital structures to support the firm's strategy. Prior to assuming the role of chief financial officer in April 2011, Mr. Steenkamp held the position of chief accounting officer and global controller for four years. He joined the company, then Man Financial, in 2006 as vice president of External Reporting. With a specialization in U.S. Generally Accepted Accounting Principles and International Financial Reporting Standards and capital markets transactions, he played an instrumental role in preparing the company for its initial public offering in July 2007. Before joining MF Holdings, Mr. Steenkamp spent eight years with PricewaterhouseCoopers ("PwC")

including four years in Transaction Services in the company's New York office, managing a variety of capital-raising transactions on a global basis. He focused primarily on the SEC registration and filing process as well as technical accounting. He spent four years with PwC in South Africa, where he served as an auditor primarily for SEC registrants and assisted South African companies as they went public in the U.S. Mr. Steenkamp is a chartered accountant and holds an honors degree in Finance.

**MF Finance**

**J. RANDY MACDONALD**. Mr. MacDonald is MF Finance's President. He leads the company's global retail business and is responsible for leveraging the firm's broad geographic reach and substantial product offering to deliver value to retail clients around the world. Mr. MacDonald joined the company in April 2008. From May 2006 to July 2008, Mr. MacDonald served as a director on the board for GFI Group. He was on the Audit and Compensation committees. Before joining MF Global, Mr. MacDonald held a number of positions at TD Ameritrade Holding Corp. from 2000 to 2007. Over the course of his seven-year tenure at TD Ameritrade, Mr. MacDonald served as executive vice president, chief financial officer and treasurer, chief administrative officer and chief operating officer. He retired from TD Ameritrade in April 2007. Prior to joining TD Ameritrade, Mr. MacDonald was chief financial officer of Investment Technology Group, Inc., a public company that specializes in agency brokerage and technology. From 1989 to 1994, Mr. MacDonald was a vice president and group manager for Salomon Brothers. Earlier in his career, Mr. MacDonald was an audit senior manager at Deloitte & Touche focused on commercial banking, real estate joint ventures and financial services. He began his career at Ernst & Young performing financial audits with a focus on international operations. Mr. MacDonald holds a Bachelor of Science degree in Accounting from Boston College.

**BRADLEY I. ABELOW**. Mr. Abelow is MF Finance's Executive Vice President and Chief Operating Officer. Please see above for his history with the Company and his experience.

**HENRI J. STEENKAMP**. Mr. Steenkamp is MF Finance's Chief Financial Officer. Please see above for his history with the Company and his experience.

**Exhibit J**

**List of Estimated Cash Receipts and Disbursements**

The Debtors are not in a position to estimate cash receipts and disbursements.