SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
J. Gregory Milmoe
Kenneth S. Ziman
J. Eric Ivester

Proposed Counsel for Debtors and
 Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
In re : Chapter 11
: 
MF GLOBAL HOLDINGS LTD., et al., : Case No. 11-15059 (MG)
: 
: (Joint Administration Pending)
Debtors. : 
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF HEARING ON FIRST DAY MOTIONS

PLEASE TAKE NOTICE THAT on October 31, 2011 (the "Petition Date"), MF Global Holdings Ltd. and MF Global Finance USA Inc., debtors and debtors-in-possession (the "Debtors")[1] filed voluntary petitions for reorganization relief under title 11 of the United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE THAT, a hearing will be held on November 1, 2011 at 3 p.m. (Prevailing Eastern Time), or as soon thereafter as counsel can be heard, before the Honorable Judge Martin Glenn, United States Bankruptcy Judge for the Southern District of

---

[1] The tax identification numbers of MF Global Holdings Ltd. and MF Global Finance USA Inc. are EIN: 98-0551260 and EIN: 98-0554890, respectively. The address for each Debtor is 717 Fifth Avenue, New York, New York 10022.

1

New York, Room 501, One Bowling Green, New York, NY 10004, to consider the motions listed below and filed by the Debtors on the Petition Date:

i. Motion of the Debtors for Order Directing Joint Administration of the Chapter 11 Cases and Related Relief, (Docket Entry 2).

ii. Motion of the Debtors for Order Authorizing the Debtors to (I) Prepare Consolidated List of Creditors in Lieu of Mailing Matrix, (II) File Consolidated List of 50 Largest Unsecured Creditors, and (III) Mail Initial Notices, (Docket Entry 3).

iii. Motion of the Debtors for Extension of Time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases and Statements of Financial Affairs, (Docket Entry 6).

iv. Debtors' Application for Entry of an Order Authorizing the Employment and Retention of GCG, Inc. as Claims and Noticing Agent for the Debtors *Nunc Pro Tunc* to the Petition Date, (Docket Entry 5).

v. Motion for Interim and Final Orders (I) Authorizing Continued Use of Existing (A) Bank Accounts, (B) Cash Management System, and (C) Business Forms and Checks; (II) Extending the Time to Comply with the Requirements of Section 345(b) of the Bankruptcy Code; and (III) Authorizing the Continuation of Intercompany Transactions Among the Debtors and Nondebtor Affiliates and According Super Priority Status to All Postpetition Intercompany Claims, (Docket Entry 7).

vi. Motion of the Debtors for Interim and Final Orders Under 11 U.S.C. §§ 105, 361, 362, 363(C), 364(C)(1), 364(C)(2), 364(C)(3), 364(D)(1) and 364(E) and Bankruptcy Rules 2002, 4001 and 9014 (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection to the First Lien Lenders, and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(B) and (C), (Docket Entry 8).

PLEASE TAKE FURTHER NOTICE that in addition to the documents listed above, the Debtors have also filed with the Bankruptcy Court the Declaration of Bradley I. Abelow Pursuant to Local Bankruptcy Rule 1007-2 and in Support of Chapter 11 Petitions and Various First Day Applications and Motions, (Docket Entry 9).

PLEASE TAKE FURTHER NOTICE that copies of the above-referenced motions and applications filed with the Bankruptcy Court can be obtained on the Court's website at

www.nysb.uscourts.gov by registered users of the Bankruptcy Court's case filing system, or free-of charge from the Debtors' bankruptcy website, http://www.mfglobalcaseinfo.com,or from counsel for the Debtors as set forth below.

PLEASE TAKE FURTHER NOTICE that any creditor wishing to inquire about the case may do so by contacting The Garden City Group toll-free at 1-888-454-9509.

PLEASE TAKE FURTHER NOTICE that that any party wishing to participate by telephone in this emergency hearing should contact CourtCall at 1-866-582-6878 to request a reservation to appear telephonically.

PLEASE TAKE FURTHER NOTICE that no written objection to the Motions are required to be filed prior to the hearing. Any objections may be interposed at the hearing.

Dated: New York, New York
October 31, 2011

SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP

By: /s/ Kenneth S. Ziman
J. Gregory Milmoe
Kenneth S. Ziman
J. Eric Ivester
Four Times Square
New York, New York 10036
(212) 735-3000

Proposed Counsel for Debtors and
 Debtors-in-Possession