SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
J. Gregory Milmoe
Kenneth S. Ziman
J. Eric Ivester

Proposed Counsel for Debtors and
 Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
In re : Chapter 11
: 
MF GLOBAL HOLDINGS LTD., <u>et al.</u>, : Case No. 11-15059 (MG)
: 
: (Joint Administration Pending)
Debtors.[1] : 
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## PROPOSED FIRST DAY AGENDA

Date and Time: November 1, 2011 at 3 p.m. (Prevailing Eastern Time)

Location of Hearing: United States Bankruptcy Court
Southern District of New York
The Honorable Martin Glenn
One Bowling Green
Room 501
New York, NY 10004-1408

**I.   INTRODUCTION:**

      1.    Introductory Presentation

      2.    Declaration of Bradley I. Abelow Pursuant to Local Bankruptcy Rule 1007-2 and in Support of Chapter 11 Petitions and Various First Day Applications and Motions, (Docket Entry 9)

---

[1] The Debtors consist of: MF Global Holdings Ltd. (EIN: 98-0551260) and MF Global Finance USA Inc. (EIN: 98-0554890).

## II. **FIRST DAY MATTERS:**

### A. **Administrative and Procedural Matters**

3. Motion of the Debtors for Order Directing Joint Administration of the Chapter 11 Cases and Related Relief, (Docket Entry 2)

4. Motion of the Debtors for Order Authorizing the Debtors to (I) Prepare Consolidated List of Creditors in Lieu of Mailing Matrix, (II) File Consolidated List of 50 Largest Unsecured Creditors, and (III) Mail Initial Notices, (Docket Entry 3)

5. Motion of the Debtors for Extension of Time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases and Statements of Financial Affairs, (Docket Entry 6)

6. Debtors' Application for Entry of an Order Authorizing the Employment and Retention of GCG, Inc. as Claims and Noticing Agent for the Debtors *Nunc Pro Tunc* to the Petition Date, (Docket Entry 5)

### B. **Business Operations**

7. Motion for Interim and Final Orders (I) Authorizing Continued Use of Existing (A) Bank Accounts, (B) Cash Management System, and (C) Business Forms and Checks; (II) Extending the Time to Comply with the Requirements of Section 345(b) of the Bankruptcy Code; and (III) Authorizing the Continuation of Intercompany Transactions Among the Debtors and Nondebtor Affiliates and According Superiority Status to All Postpetition Intercompany Claims, (Docket Entry 7)

C. **Postpetition Use of Cash Collateral**

8. Motion of the Debtors for Interim and Final Orders Under 11 U.S.C. §§ 105, 361, 362, 363(C), 364(C)(1), 364(C)(2), 364(C)(3), 364(D)(1) and 364(E) and Bankruptcy Rules 2002, 4001 and 9014 (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection to the First Lien Lenders, and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(B) and (C), (Docket Entry 8)

Dated: New York, New York
October 31, 2011

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Kenneth S. Ziman
J. Gregory Milmoe
Kenneth S. Ziman
J. Eric Ivester
Four Times Square
New York, New York 10036
(212) 735-3000

Proposed Counsel for Debtors and Debtors-in-Possession