**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
In re                                                     :       Chapter 11
                                                          :
MF Global Holdings Ltd., et al.,[1]                       :       Case No. 11-15059 (MG)
                                                          :
                    Debtors.                              :       (Joint Administration Pending)
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                       ) ss
COUNTY OF NASSAU       )

I, Brian P. Karpuk, being duly sworn, depose and state:

1.   I am an Assistant Director with GCG, Inc., the proposed claims and noticing agent for the

debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our

business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.   On October 31, 2011, at the direction of Skadden, Arps, Slate, Meagher, & Flom LLP

("Skadden Arps"), proposed counsel for the Debtors, I caused true and correct copies of the

following documents to be served by facsimile on the parties identified on Exhibit A annexed

hereto (Master Service List parties with available facsimile numbers):

- Notice of Hearing on First Day Motions [Docket No. 11]; and

- Proposed First Day Agenda [Docket No. 12].

3.   On October 31, 2011, also at the direction of Skadden Arps, I caused true and correct

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal taxpayer identification number, are: MF Global Holdings Ltd. (1260), and MF Global Finance USA Inc. (4890).

copies of the following documents to be served by overnight delivery on the parties identified on Exhibit B annexed hereto (Master Service List parties) and by e-mail on the parties identified on Exhibit C annexed hereto (Master Service List Parties with available e-mail addresses):

- Notice of Hearing on First Day Motions [Docket No. 11];

- Proposed First Day Agenda [Docket No. 12];

- Motion of Debtors for Order Under Fed. R. Bankr. P. 1015 Directing Joint Administration of the Chapter 11 Cases and Granting Related Relief  [Docket No. 2];

- Motion of the Debtors for Order Authorizing the Debtors to (I) Prepare Consolidated List of Creditors in Lieu of Mailing Matrix, (II) File Consolidated List of 50 Largest Unsecured Creditors, and (III) Mail Initial Notices  [Docket No. 3];

- Debtors' Application for Entry of an Order Authorizing the Employment and Retention of GCG, Inc. as Claims and Noticing Agent for the Debtors *Nunc Pro Tunc* to the Petition Date  [Docket No. 5];

- Motion for an Order Under 11 U.S.C. § 521 and Fed. R. Bankr. P. 1007(c) Granting an Extension of time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases and Statements of Financial Affairs  [Docket No. 6];

- Motion for Interim and Final Orders Under 11 U.S.C. §§ 105, 345, 363, 364, 503(B)(1), 553, and 1108 And Fed. R. Bankr. P. 6003 (I) Authorizing Continued Use of Existing (A) Bank Accounts, (B) Cash Management System, and (C) Business Forms and Checks; (II) Extending the Time to Comply with the Requirements of Section 345(B) of the Bankruptcy Code; and (III) Authorizing the Continuation of Intercompany Transactions Among the Debtors and Non-Debtor Affiliates and According Super Priority Status to All Postpetition Intercompany [Docket Nos. 7, 10];

- Motion of the Debtors for Interim and Final Orders Under 11 U.S.C. §§ 105, 361, 362, 363(c), and 363(e) and Bankruptcy Rules 2002, 4001, 6003, 6004 and 9014 (I) Authorizing the Debtors to use Cash Collateral, (II) Granting Adequate Protection to the Liquidity Facility Lenders, and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) [Docket No. 8]; and

- Declaration of Bradley I. Abelow Pursuant to Local Bankruptcy Rule 1007-2 and in Support of Chapter 11 Petitions and Various First-Day Applications and Motions  [Docket No. 9].

4.  On October 31, 2011, also at the direction of Skadden Arps, I caused true and correct

copies of the following documents to be served by overnight delivery on the parties identified

on Exhibit D annexed hereto (Internal Revenue Service and the Securities Exchange

Commission):

- Voluntary Petition [for MF Global Holdings Ltd.] [Docket No. 1 from Case No. 11-15059]; and

- Voluntary Petition [for MF Global Finance USA Inc.] [Docket No. 1 from Case No. 11-15058].

- Notice of Hearing on First Day Motions [Docket No. 11];

- Proposed First Day Agenda [Docket No. 12];

- Motion of Debtors for Order Under Fed. R. Bankr. P. 1015 Directing Joint Administration of the Chapter 11 Cases and Granting Related Relief [Docket No. 2];

- Motion of the Debtors for Order Authorizing the Debtors to (I) Prepare Consolidated List of Creditors in Lieu of Mailing Matrix, (II) File Consolidated List of 50 Largest Unsecured Creditors, and (III) Mail Initial Notices [Docket No. 3];

- Debtors' Application for Entry of an Order Authorizing the Employment and Retention of GCG, Inc. as Claims and Noticing Agent for the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 5];

- Motion for an Order Under 11 U.S.C. § 521 and Fed. R. Bankr. P. 1007(c) Granting an Extension of time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases and Statements of Financial Affairs [Docket No. 6];

- Motion for Interim and Final Orders Under 11 U.S.C. §§ 105, 345, 363, 364, 503(B)(1), 553, and 1108 And Fed. R. Bankr. P. 6003 (I) Authorizing Continued Use of Existing (A) Bank Accounts, (B) Cash Management System, and (C) Business Forms and Checks; (II) Extending the Time to Comply with the Requirements of Section 345(B) of the Bankruptcy Code; and (III) Authorizing the Continuation of Intercompany Transactions Among the Debtors and Non-Debtor Affiliates and According Super Priority Status to All Postpetition Intercompany Claims [Docket Nos. 7, 10];

- Motion of the Debtors for Interim and Final Orders Under 11 U.S.C. §§ 105, 361, 362, 363(c), and 363(e) and Bankruptcy Rules 2002, 4001, 6003, 6004 and 9014 (I) Authorizing the Debtors to use Cash Collateral, (II) Granting Adequate Protection to the Liquidity Facility Lenders, and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) [Docket No. 8]; and

- Declaration of Bradley I. Abelow Pursuant to Local Bankruptcy Rule 1007-2 and in Support of Chapter 11 Petitions and Various First-Day Applications and Motions [Docket No. 9].

_____

Brian P. Karpuk

Sworn to before me this 1st day of
November, 2011

_____

Jeffrey C. Demma
Notary Public, State of Illinois
No. 10074942
Qualified in Will County
Commission Expires:  December 1, 2014

NOTARY PUBLIC
OFFICIAL
SEAL
STATE OF ILLINOIS

JEFFREY C DEMMA
MY COMMISSION EXPIRES
DECEMBER 1, 2014

# EXHIBIT A

ACCESS SEARCH INC
218 N JEFFERSON STE 302
CHICAGO, IL 60661
FAX: 312-930-1070

ADK AMERICA INC
515 WEST 20TH ST FL 6 EAST
NEW YORK, NY 10011
FAX: 310-630-3620

ADSCOM SOLUTIONS LLC
ATTN ANDRE PIRES
201 EAST 12 ST
NEW YORK, NY 10003
FAX: 770-246-0398

ALVAREZ & MARSAL TAX ADVISORY SVCS LLC
600 LEXINGTON AVE FL 6
NEW YORK, NY 10022
FAX: 212-328-8757

BLOOMBERG FINANCE LP
731 LEXINGTON AVE
NEW YORK, NY 10022
FAX: 917-369-5000

BRAXTON GROUP LLC
7 BRIDGE VIEW DR
NEW FAIRFIELD, CT 06812
FAX: 203-312-9201

CAPLIN SYSTEMS LIMITED
CUTLERS COURT, 115 HOUNDSDITCH
LONDON EC3A 7BR GB
FAX: 011-442-0782

CHICAGO BOARD OPTIONS EXCHANGE
ATTN: LEGAL DIVISION
400 S LASALLE ST
CHICAGO, IL 60605
FAX: 312-786-7919

CHICAGO MERCANTILE EXCHANGE
ATTN: KATHLEEN M. CRONIN
131 S DEARBORN ST
CHICAGO, IL 60603-5517
FAX: 312-930-4556

COMMODITY FUTURES TRADING COMMISSION
140 BROADWAY
NEW YORK, NY 10005
FAX: 646-746-9938

COMMODITY FUTURES TRADING COMMISSION
4900 MAIN ST STE 500
KANSAS CITY, MO 64112
FAX: 816-960-7750

COMMODITY FUTURES TRADING COMMISSION
THREE LAFAYETTE CENTRE
1155 21ST ST NW
WASHINGTON, DC 20581
FAX: 202-418-5521

DAVID I SCHAMIS
C/O J C FLOWERS & CO LLC
717 FIFTH AVE FL 26
NEW YORK, NY 10022
FAX: 212-404-6899

DEAN MEDIA GROUP
560 W WASHINGTON BLVD STE 420
CHICAGO, IL 60605
FAX: 312-775-6609

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE (IRS)
15TH & PENNSYLVANIA AVE NW
WASHINGTON, DC 20005
FAX: 202-622-6415

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE (IRS)
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346
FAX: 267-941-1015

ELOQUA CORPORATION
1921 GALLOWS RD STE 250
VIENNA, VA 22182
FAX: 302-655-5049

FINANCIAL INDUSTRY REGULATORY AUTHORITY
1735 K ST
WASHINGTON, DC 20006
FAX: 202-728-8894

FLEISHMAN HILLARD INC
4706 PAYSPHERE CIR
CHICAGO, IL 60674
FAX: 314-231-2313

FORUM GROUP
260 MADISON AVE # 200
NEW YORK, NY 10016
FAX: 917-256-0314

FOX ROTHSCHILD, LLP
ATTN: ACCOUNTS PAYABLE - 01
2000 MARKET ST FL 20
PHILADELPHIA, PA 19103
FAX: 215-299-2150

GARDEN CITY GROUP
ATTN BRIAN KARPUK
190 S LASALLE ST STE 1520
CHICAGO, IL 60606
FAX: 312-499-6999

GKH LAW OFFICES
ONE AZRIELI CENTER, ROUND BUILDING
TEL AVIV 67021 ISRAEL
FAX: 011-972-3607

GKH LAW OFFICES
1 SHMUEL HA'NAGID STREET, 4TH FLOOR
JERUSALEM 94592 ISRAEL
FAX: 011-972-2623

HEADSTRONG SERVICES, LLC
4035 RIDGE TOP RD STE 300
FAIRFAX, VA 22030
FAX: 703-272-2000

ILLINOIS ATTORNEY GENERAL
ATTN LISA MADIGAN
100 W RANDOLPH ST
CHICAGO, IL 60601
FAX: 312-814-3589

INFINIA GROUP LLC
515 WEST 20TH ST FL 3
NEW YORK, NY 10011
FAX: 212-463-5199

J C FLOWERS & CO LLC
717 FIFTH AVE FL 26
NEW YORK, NY 10022
FAX: 212-404-6899

JP MORGAN SECURITIES LLC
ATTN KARIN E. ROSS
383 MADISON AVE FL 28
NEW YORK, NY 10179
FAX: 917-464-3165

JPMORGAN CHASE BANK
ATTN AGENT OR INDENTURE TRUSTEE
4 NEW YORK PLZ, FL 18
NEW YORK, NY 10004-2413
FAX: 866-886-4506

JPMORGAN CHASE BANK NA
AS INDENTURE TRUSTEE
270 PARK AVE
NEW YORK, NY 10017
FAX: 212-270-1648

JVKELLYGROUP INC
145 E MAIN ST
HUNTINGTON, NY 11743
FAX: 631-427-0266

KPMG, LLP
DEPT. 0511
POB 120001
DALLAS, TX 75312
FAX: 212-758-9819

LEVER INTERACTIVE
1431 OPUS PL STE 625
DOWNERS GROVE, IL 60515
FAX: 506-836-7012

LINKLATERS LLP
1345 AVENUE OF THE AMERICAS
NEW YORK, NY 10105
FAX: 212-903-9100

MEDIA TWO
319 W MARTIN ST STE 200
RALEIGH, NC 27601
FAX: 919-882-9162

NATIONAL FUTURES ASSOCIATION
300 S RIVERSIDE PLAZA, #1800
CHICAGO, IL 60606-6615
FAX: 312-781-1467

NEW YORK ATTORNEY GENERAL
ATTN ERIC SCHNEIDERMAN
THE CAPITOL FL 2
ALBANY, NY 12224-0341
FAX: 212-416-8942

NYC DEPT OF FINANCE
ATTN LEGAL AFFAIRS - DEVORA COHN
345 ADAMS ST FL 3
BROOKLYN, NY 11201
FAX: 718-403-4092

NYS DEPT OF TAXATION AND FINANCE
ATTN BANKRUPTCY/SPECIAL PROCEDURES
PO BOX 5300
ALBANY, NY 12205-0300
FAX: 518-457-0617

NYS UNEMPLOYMENT INSURANCE FUND
PO BOX 551
ALBANY, NY 12201
FAX: 518-457-8215

OFFICE OF THE UNITED STATES TRUSTEE
ATTN TRACY HOPE DAVIS
33 WHITEHALL ST STE 2100
NEW YORK, NY 10004
FAX: 212-668-2255

OFFICE OF THE US ATTORNEY
CLAIMS UNIT - ROOM 417
ONE ST ANDREW'S PLZ
NEW YORK, NY 10007
FAX: 212-637-2685

OFFICE OF THE US ATTORNEY
ATTN PATRICK FITZGERALD USA
219 S DEARBORN ST FL 5
CHICAGO, IL 60604
FAX: 312-353-2067

ORACLE CORPORATION
500 ORACLE PKWY
REDWOOD SHORES, CA 94065
FAX: 650-506-7200

PAUL HASTINGS
ATTN BARRY BROOKS
75 EAST 55TH STREET
NEW YORK, NY 10022
FAX: 212-319-4090

PREMIERE GLOBAL SERVICES INC
THE TERMINUS BUILDING
3280 PEACHTREE RD NE STE 1000
ATLANTA, GA 30305
FAX: 404-262-8540

PRICEWATERHOUSECOOPERS LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
FAX: 813-286-6000

PROMONTORY FINANCIAL GROUP LLC
1201 PENNSYLVANIA AVE NW STE 617
WASHINGTON, DC 20004
FAX: 202-783-2924

RR DONNELLY
111 SOUTH WACKER DR
CHICAGO, IL 60606
FAX: 212-503-1344

SECURITIES EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
ATTN REGIONAL DIRECTOR
3 WORLD FINANCIAL CTR STE 400
NEW YORK, NY 10281-1022
FAX: 212-336-1322

SECURITIES EXCHANGE COMMISSION
SEC HEADQUARTERS
ATTN CHARIMAN OR GENERAL COUNSEL
100 F ST NE
WASHINGTON, DC 20549
FAX: 202-772-9200

SECURITIES INVESTOR PROTECTION CORP
805 15TH ST NW STE 800
WASHINGTON, DC 20005-0215
FAX: 202-371-6728

SHEARMAN & STERLING
599 LEXINGTON AVE
NEW YORK, NY 10022
FAX: 212-848-7179

SIMPSON THACHER & BARTLETT LLP
ATTN PETER V PANTALEO
425 LEXINGTON AVE
NEW YORK, NY 10017
FAX: 212-455-2502

SKADDEN ARPS
ATTN J G MILMOE, K ZIMAN, J E IVESTER
FOUR TIMES SQ
NEW YORK, NY 10036
FAX: 212-735-2000

SKADDEN ARPS
ATTT GEORGE PANAGAKIS
155 N WACKER DR STE 2700
CHICAGO, IL 60606
FAX: 312-407-0411

SULLIVAN & CROMWELL LLP
125 BROAD ST
NEW YORK, NY 10004
FAX: 212-558-3588

SYNECHRON (SYNECHRON INC)
15 CORPORATE PL S STE 400
PISCATAWAY, NJ 08854
FAX: 732-562-1414

THE DEPOSITORY TRUST COMPANY
55 WATER ST
NEW YORK, NY 10041-0099
FAX: 212-855-3214

THE SIEGFRIED GROUP LLP
1201 MARKET ST STE 700
WILMINGTON, DE 19801
FAX: 302-984-1811

WACHTELL, LIPTON, ROSEN & KATZ
ATTN HAL NOVIKOFF
51 W 52ND ST
NEW YORK, NY 10019
FAX: 212-403-2000

WILLIS OF NEW YORK, INC.
200 LIBERTY ST FL 7
NEW YORK, NY 10281
FAX: 212-915-8511

# EXHIBIT B

ACCESS SEARCH INC
218 N JEFFERSON STE 302
CHICAGO, IL 60661

ADK AMERICA INC
3137 S LA CIENEGA BLVD
LOS ANGELES, CA 90016

ADK AMERICA INC
515 WEST 20TH ST FL 6 EAST
NEW YORK, NY 10011

ADSCOM SOLUTIONS LLC
ATTN ANDRE PIRES
201 EAST 12 ST
NEW YORK, NY 10003

ALVAREZ & MARSAL TAX
ADVISORY SVCS LLC
600 LEXINGTON AVE FL 6
NEW YORK, NY 10022

AMERICAN EXPRESS COMPANY
CORPORATE SVCS OPERATIONS, AESC-P
20022 N 31ST AVE
MAIL CODE AZ-08-03-11
PHOENIX, AZ 85027

AMIDEO AND ASSOCIATES
787 S SHORE DRIVE
MIAMI BEACH, FL 33141

BLOOMBERG FINANCE LP
731 LEXINGTON AVE
NEW YORK, NY 10022

BRAXTON GROUP LLC
7 BRIDGE VIEW DR
NEW FAIRFIELD, CT 06812

CADIAN CAPITAL MANAGEMENT LLC
461 FIFTH AVE FL 24
NEW YORK, NY 10017

CAPLIN SYSTEMS LIMITED
CUTLERS COURT, 115 HOUNDSDITCH
LONDON EC3A 7BR GB

CHICAGO BOARD OPTIONS EXCHANGE
ATTN: LEGAL DIVISION
400 S LASALLE ST
CHICAGO, IL 60605

CHICAGO MERCANTILE EXCHANGE
ATTN: KATHLEEN M. CRONIN
131 S DEARBORN ST
CHICAGO, IL 60603-5517

CNBC
10 FLEET PL
LONDON, EC4M7QS UNITED KINGDOM

CNBC
C/O NBC UNIVERSAL CFS
BANK OF AMERICA
NBC UNIVERSAL LOCK BOX #402971
ATLANTA, GA 30384

COMMODITY FUTURES TRADING COMMN
140 BROADWAY
NEW YORK, NY 10005

COMMODITY FUTURES TRADING COMMN
4900 MAIN ST STE 500
KANSAS CITY, MO 64112

COMMODITY FUTURES TRADING COMMN
ATTN COMMISSIONER
525 W MONROE ST STE 1100
CHICAGO, IL 60661

COMMODITY FUTURES TRADING COMMN
THREE LAFAYETTE CENTRE
1155 21ST ST NW
WASHINGTON, DC 20581

DAVID I SCHAMIS
C/O J C FLOWERS & CO LLC
717 FIFTH AVE FL 26
NEW YORK, NY 10022

DEAN MEDIA GROUP
560 W WASHINGTON BLVD STE 420
CHICAGO, IL 60605

DEUTSCHE BANK TRUST CO AMERICAS
TRUSTEE 1.875% NOTE DUE 2/1/16
ATTN LYNNE MALINA, LEGAL DEPT
60 WALL STREET, 37TH FLOOR
NEW YORK, NY 10005

DEUTSCHE BANK TRUST CO AMERICAS
TRUSTEE 3.375% NOTE DUE 8/1/18
ATTN LYNNE MALINA, LEGAL DEPT
60 WALL STREET, 37TH FLOOR
NEW YORK, NY 10005

DEUTSCHE BANK TRUST CO AMERICAS
TRUSTEE 6.250% NOTE DUE 8/8/16
ATTN LYNNE MALINA, LEGAL DEPT
60 WALL STREET, 37TH FLOOR
NEW YORK, NY 10005

DEUTSCHE BANK TRUST CO AMERICAS
TRUSTEE 9% NOTE DUE 6/20/38
ATTN LYNNE MALINA, LEGAL DEPT
60 WALL STREET, 37TH FLOOR
NEW YORK, NY 10005

DIMENSIONAL FUND ADVISORS LP
PALISADES WEST, BUILDING ONE
6300 BEE CAVE RD
AUSTIN, TX 78746

DIRECTORS FEES
717 FIFTH AVE
NEW YORK, NY 10022

ELOQUA CORPORATION
1921 GALLOWS RD STE 250
VIENNA, VA 22182

FEDERAL RESERVE BANK OF CHICAGO
ATTN ELIZABETH KNOSPE
230 S LASALLE ST
CHICAGO, IL 60604

FINANCIAL IND REGULATORY AUTH
ATTN RICHARD G. KETCHUM CEO
1735 K ST
WASHINGTON, DC 20006

FINANCIAL SERVICES AUTHORITY
25 NORTH COLONNADE, CANARY WHARF
LONDON E14 5HS UNITED KINGDOM

FINE CAPITAL PARTNERS LP
590 MADISON AVE FL 5
NEW YORK, NY 10022

FLEISHMAN HILLARD INC
4706 PAYSPHERE CIR
CHICAGO, IL 60674

FMR LLC
C/O PYRAMIS GLOBAL ADVISORS, LLC
900 SALEM ST
SMITHFIELD, RI 02917

FORUM GROUP
260 MADISON AVE # 200
NEW YORK, NY 10016

FORWARDTHINK GROUP INC
112 CANDIDO CT
MANALAPAN, NJ 07726

FOX ROTHSCHILD, LLP
ATTN: ACCOUNTS PAYABLE - 01
2000 MARKET ST FL 20
PHILADELPHIA, PA 19103

GARDEN CITY GROUP
ATTN BRIAN KARPUK
190 S LASALLE ST STE 1520
CHICAGO, IL 60606

GKH LAW OFFICES
1 SHMUEL HA'NAGID STREET, 4TH FLOOR
JERUSALEM 94592 ISRAEL

GKH LAW OFFICES
ONE AZRIELI CENTER, ROUND BUILDING
TEL AVIV 67021 ISRAEL

GUARDIAN LIFE INSURANCE COMPANY
C/O RS INVESTMENTS
388 MARKET ST STE 1700
SAN FRANCISCO, CA 94111

HEADSTRONG SERVICES, LLC
4035 RIDGE TOP RD STE 300
FAIRFAX, VA 22030

HOLLAND & KNIGHT
ATTN BILL HONAN, EXECUTIVE PARTNER
31 W 52ND ST
NEW YORK, NY 10019

ILLINOIS ATTORNEY GENERAL
ATTN LISA MADIGAN
100 W RANDOLPH ST
CHICAGO, IL 60601

INFINIA GROUP LLC
515 WEST 20TH ST FL 3
NEW YORK, NY 10011

J C FLOWERS & CO LLC
717 FIFTH AVE FL 26
NEW YORK, NY 10022

J C FLOWERS & CO UK LTD
10 GRESHAM STREET, 4TH FLOOR
LONDON EC2V 7JD UK

JP MORGAN SECURITIES LLC
ATTN KARIN E. ROSS
383 MADISON AVE FL 28
NEW YORK, NY 10179

JPMORGAN CHASE BANK
ATTN AGENT OR INDENTURE TRUSTEE
4 NEW YORK PLZ, FL 18
NEW YORK, NY 10004-2413

JPMORGAN CHASE BANK NA
AS INDENTURE TRUSTEE
270 PARK AVE
NEW YORK, NY 10017

JVKELLYGROUP INC
145 E MAIN ST
HUNTINGTON, NY 11743

KPMG, LLP
DEPT. 0511
POB 120001
DALLAS, TX 75312

LEVER INTERACTIVE
1431 OPUS PL STE 625
DOWNERS GROVE, IL 60515

LINKLATERS LLP
1345 AVENUE OF THE AMERICAS
NEW YORK, NY 10105

MEDIA TWO
319 W MARTIN ST STE 200
RALEIGH, NC 27601

NATIONAL FUTURES ASSOCIATION
300 S RIVERSIDE PLAZA, #1800
CHICAGO, IL 60606-6615

NEW YORK ATTORNEY GENERAL
ATTN ERIC SCHNEIDERMAN
THE CAPITOL FL 2
ALBANY, NY 12224-0341

NYC DEPT OF FINANCE
ATTN LEGAL AFFAIRS - DEVORA COHN
345 ADAMS ST FL 3
BROOKLYN, NY 11201

NYS DEPT OF TAXATION AND FINANCE
ATTN BANKRUPTCY/SPECIAL PROCEDURES
PO BOX 5300
ALBANY, NY 12205-0300

NYS UNEMPLOYMENT INSURANCE FUND
PO BOX 551
ALBANY, NY 12201

OFFICE OF THE UNITED STATES TRUSTEE
ATTN TRACY HOPE DAVIS
33 WHITEHALL ST STE 2100
NEW YORK, NY 10004

OFFICE OF THE US ATTORNEY
ATTN PATRICK FITZGERALD USA
219 S DEARBORN ST FL 5
CHICAGO, IL 60604

OFFICE OF THE US ATTORNEY
CLAIMS UNIT - ROOM 417
ONE ST ANDREW'S PLZ
NEW YORK, NY 10007

ORACLE CORPORATION
500 ORACLE PKWY
REDWOOD SHORES, CA 94065

OTHER REGRSN
111 SOUTH WACKER DR
CHICAGO, IL 60606

PAUL HASTINGS
ATTN BARRY BROOKS
75 EAST 55TH STREET
NEW YORK, NY 10022

PIPER JAFFRAY COMPANIES
C/O ADVISORY RESEARCH INC
180 N STETSON
CHICAGO, IL 60601

PREMIERE GLOBAL SERVICES INC
THE TERMINUS BUILDING
3280 PEACHTREE RD NE STE 1000
ATLANTA, GA 30305

PRICEWATERHOUSECOOPERS LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

PROMONTORY FINANCIAL GROUP LLC
1201 PENNSYLVANIA AVE NW STE 617
WASHINGTON, DC 20004

RR DONNELLY
111 SOUTH WACKER DR
CHICAGO, IL 60606

RYDEX SECURITY GLOBAL INVESTORS LLC
40 E 52ND ST FL 16
NEW YORK, NY 10022

SECURITIES INVESTOR PROTECTION CORP
805 15TH ST NW STE 800
WASHINGTON, DC 20005-0215

SHEARMAN & STERLING
599 LEXINGTON AVE
NEW YORK, NY 10022

SIMPSON THACHER & BARTLETT LLP
ATTN PETER V PANTALEO
425 LEXINGTON AVE
NEW YORK, NY 10017

SKADDEN ARPS
ATTT GEORGE PANAGAKIS
155 N WACKER DR STE 2700
CHICAGO, IL 60606

SKADDEN ARPS
J G MILMOE, K ZIMAN, J E IVESTER
FOUR TIMES SQ
NEW YORK, NY 10036

STEPHANIE G SCHROCK
7716 N PAULINA ST UNIT 1N
CHICAGO-ROGERS PARK, IL 60626

SULLIVAN & CROMWELL LLP
125 BROAD ST
NEW YORK, NY 10004

SYNECHRON (SYNECHRON INC)
15 CORPORATE PL S STE 400
PISCATAWAY, NJ 08854

TECHNOLOGY MGMT CONSULTING GROUP
DBA ROADMAP LEARNING
235 IRIS RD
LAKEWOOD, NJ 08701

THE FEDERAL BANK OF NEW YORK
ATTN THOMAS C. BAXTER
33 LIBERTY ST
NEW YORK, NY 10045

THE GATE WORLDWIDE (S) PTE LTD
52 CRAIG RD
SINGAPORE 89690

THE GATE WORLDWIDE (S) PTE LTD
11 E 26TH ST FL 14
NEW YORK, NY 10010

THE GLOBAL CAPITAL GROUP LTD
88 W SCHILLER STE 3008
CHICAGO, IL 60610

THE SIEGFRIED GROUP LLP
1201 MARKET ST STE 700
WILMINGTON, DE 19801

TIAA-CREF
730 THIRD AVE
NEW YORK, NY 10017

TICKER CONSULTING LLC
3 CYPRESS DR
CEDAR KNOLLS, NJ 07927

WACHTELL, LIPTON, ROSEN & KATZ
ATTN HAL NOVIKOFF
51 W 52ND ST
NEW YORK, NY 10019

WILLIS OF NEW YORK, INC.
200 LIBERTY ST FL 7
NEW YORK, NY 10281

# EXHIBIT C

ADK AMERICA INC
515 WEST 20TH ST FL 6 EAST
NEW YORK, NY 10011
email: dtaylor@adkamerica.com

CHICAGO MERCANTILE EXCHANGE
ATTN: KATHLEEN M. CRONIN
131 S DEARBORN ST
CHICAGO, IL 60603-5517
email: kathleen.cronin@cmegroup.com

FORUM GROUP
260 MADISON AVE # 200
NEW YORK, NY 10016
email: info@forumgrp.com

GARDEN CITY GROUP
ATTN BRIAN KARPUK
190 S LASALLE ST STE 1520
CHICAGO, IL 60606
email: brian.karpuk@gcginc.com

INFINIA GROUP LLC
515 WEST 20TH ST FL 3
NEW YORK, NY 10011
email: rcappello@infiniagroup.com, info@infiniagroup.com

JP MORGAN SECURITIES LLC
ATTN KARIN E. ROSS
383 MADISON AVE FL 28
NEW YORK, NY 10179
email: karin.e.ross@jpmchase.com

JPMORGAN CHASE BANK
ATTN AGENT OR INDENTURE TRUSTEE
4 NEW YORK PLZ, FL 18
NEW YORK, NY 10004-2413
email: EDG_OTC_HEDGING_MS@jpmorgan.com

JVKELLYGROUP INC
145 E MAIN ST
HUNTINGTON, NY 11743
email: info@jvkg.com

NYC DEPT OF FINANCE
ATTN LEGAL AFFAIRS - DEVORA COHN
345 ADAMS ST FL 3
BROOKLYN, NY 11201
email: maura_archambeault@tax.state.ny.us

NYS UNEMPLOYMENT INSURANCE FUND
PO BOX 551
ALBANY, NY 12201
email: info.nysdol@labor.ny.gov

SIMPSON THACHER & BARTLETT LLP
ATTN PETER V PANTALEO
425 LEXINGTON AVE
NEW YORK, NY 10017
email: ppantaleo@stblaw.com

SKADDEN ARPS
ATTN J G MILMOE, K ZIMAN, J E IVESTER
FOUR TIMES SQ
NEW YORK, NY 10036
email: eric.ivester@skadden.com; gregory.milmoe@skadden.com; ken.ziman@skadden.com

SKADDEN ARPS
ATTT GEORGE PANAGAKIS
155 N WACKER DR STE 2700
CHICAGO, IL 60606
email: george.panagakis@skadden.com

STEPHANIE G SCHROCK
7716 N PAULINA ST UNIT 1N
CHICAGO-ROGERS PARK, IL 60626
email: skgschrock@gmail.com

THE DEPOSITORY TRUST COMPANY
55 WATER ST
NEW YORK, NY 10041-0099
email: info@dtcc.com

THE GATE WORLDWIDE (S) PTE LTD
11 E 26TH ST FL 14
NEW YORK, NY 10010
email: beau.fraser@thegateworldwide.com

# EXHIBIT D

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE (IRS)
15TH & PENNSYLVANIA AVE NW
WASHINGTON, DC 20005

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE (IRS)
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

SECURITIES EXCHANGE COMMISSION
CHICAGO REGIONAL OFFICE
ATTN MERRI JO GILLETTE
175 W JACKSON BLVD STE 900
CHICAGO, IL 60604

SECURITIES EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
ATTN REGIONAL DIRECTOR
3 WORLD FINANCIAL CTR STE 400
NEW YORK, NY 10281-1022

SECURITIES EXCHANGE COMMISSION
SEC HEADQUARTERS
ATTN CHARIMAN OR GENERAL COUNSEL
100 F ST NE
WASHINGTON, DC 20549