# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>MF GLOBAL HOLDINGS LTD., *et al.,*<br><br>        Debtors. | Chapter 11<br><br>Case No. 11-15059 (MG)<br><br>(Joint Administration Pending) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

      **NOTICE IS HEREBY GIVEN** pursuant to § 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") that Lowenstein Sandler PC, appears as counsel for Caplin Systems Ltd., a creditor and party in interest in these bankruptcy cases.

      **NOTICE IS FURTHER GIVEN** that pursuant to Bankruptcy Rules 2002 and 9010(b), the undersigned requests that all notices given or required to be given in the above-captioned chapter 11 cases (including, but not limited to, all papers filed and served in all adversary proceedings in such case, and all notices mailed only to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them), be given to and served upon the following:

LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (tel)
(973) 597-2400 (fax)
Attn: Sharon L. Levine, Esq.
slevine@lowenstein.com

**NOTICE IS FURTHER GIVEN** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which may affect or seek to affect in any way, the rights or interests of Caplin Systems Ltd. with respect to the above-captioned Debtors, or any related entity, or property or proceeds in which the Debtors may claim an interest.

**NOTICE IS FURTHER GIVEN** that the foregoing appearance and request are made without submitting to the jurisdiction of this Court or otherwise waiving any rights.

> LOWENSTEIN SANDLER PC
> *Counsel for Caplin Systems Ltd.*
>
> By: /s/ Sharon L. Levine
> Sharon L. Levine

Dated: November 1, 2011