McCARTER & ENGLISH, LLP
245 Park Avenue
27th Floor
New York, New York 10167
(212) 609-6800 - Telephone
(212) 609-6921 - Facsimile
David J. Adler
dadler@mccarter.com
*Attorneys for Deutsche Bank Trust Company Americas*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
|  | : | Chapter 11 |
|  | : |  |
| In re: | : | Case No. 11-15059 (MG) |
|  | : |  |
| MF GLOBAL HOLDINGS LTD., et al., | : |  |
|  | : |  |
|  | : |  |
| Debtors. | : |  |
|  | : |  |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, McCarter & English, LLP files this Notice of Appearance and Request for Service of Papers (the "Notice") and appears as counsel for Deutsche Bank Trust Company Americas, solely in its capacity as indenture trustee ("DBTCA"), and hereby requests that all notices given or required to be given and all papers served or required to be served, in this case (including, but not limited to, all papers filed and served in all adversary proceedings) be sent to:

1

David J. Adler, Esq.
McCarter & English, LLP
245 Park Avenue, 27th Floor
New York, New York  10167
(212) 609-6800
(212) 609-6921 *facsimile*
Email: dadler@mccarter.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that, among other things (1) affect or seek to affect in any way any rights or interests of any creditor or party in interest in this case, with respect to (a) the debtor, (b) property of the debtor's estates, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) require or seek to require any act, delivery of any property, payment or other conduct by DBTCA.

**PLEASE TAKE FURTHER NOTICE** that this Notice is filed without submitting to the jurisdiction of this Court or otherwise waiving any rights, and DBTCA's filing of this Notice shall not be deemed to be a consent to the entry of final orders by this Court in proceedings relating to private rights.

Dated: November 1, 2011
New York, New York

McCARTER & ENGLISH, LLP

Attorneys for Deutsche Bank Trust Company Americas

/s/ David J. Adler
David J. Adler
245 Park Avenue
27th Floor
New York, New York 10167
(212) 609-6800 – Telephone