**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re                              :       Chapter 11
:
MF GLOBAL HOLDINGS LTD., <u>et al.</u>,  :       Case No. 11-15059 (MG)
:
              Debtors.    :       (Joint Administration Pending)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER AUTHORIZING THE DEBTORS TO (I) PREPARE CONSOLIDATED LIST OF CREDITORS IN LIEU OF MAILING MATRIX, (II) FILE CONSOLIDATED LIST OF 50 LARGEST UNSECURED CREDITORS, AND (III) MAIL INITIAL NOTICES

Upon the motion (the "<u>Motion</u>")[1] of the Debtors for entry of an order authorizing the Debtors to (a) (i) prepare a consolidated list of creditors in lieu of a mailing matrix, (ii) file a consolidated list of the 50 largest unsecured creditors, and (iii) mail initial notices, and (b) not file (x) the consolidated list of creditors with the court, and (y) a list of each Debtor's equity security holders; and upon the Abelow Declaration; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be provided; and it appearing that the relief requested by the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation thereon; and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1.        The Motion is GRANTED as set forth in this Order.

2.        Notwithstanding Bankruptcy Rule 1007(d), the Debtors are authorized to prepare a consolidated list of all creditors in a computer-readable format that is acceptable to the Clerk of this Court and to make such list available only upon request. The Debtors are not

---

[1]   Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

required to file this consolidated list with the Court.  The Debtors are not required to file a list of each Debtor's equity security holders; provided, however, that a list of the Debtors' equity holders shall be maintained by GCG and made available upon request.

3.     The Debtors are authorized to file a consolidated list of their 50 largest unsecured creditors.

4.     The Debtors, with the assistance of GCG, are directed to undertake all mailings directed by this Court, the Office of the United States Trustee, or as required by the Bankruptcy Code.

5.     This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated:  November 2, 2011
        New York, New York

_____/s/Martin Glenn_____
MARTIN GLENN
United States Bankruptcy Judge