Margot B. Schonholtz
Ana M. Alfonso
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

*Attorneys for Bank of America, N.A.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
                                                             :
In re                                                        :    Chapter 11
                                                             :
    MF GLOBAL HOLDINGS LTD., et al.,        :    11-15059 (MG)
                                                             :
        Debtors.            :    (Jointly Administered)
                                                             :
------------------------------------------------------------ x

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Willkie Farr & Gallagher LLP, on behalf of Bank of America, N.A. ("**Bank of America**"), and under, *inter alia*, Rules 2002, 7005 and 9007 of the Federal Rules of Bankruptcy Procedure and section 1109(b) of title 11 of the United States Code (the "**Bankruptcy Code**"), requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

        Willkie Farr & Gallagher LLP
        787 Seventh Avenue
        New York, NY 10019-6099
        Telephone: (212) 728-8000
        Facsimile: (212) 728-8111
        Attention: Margot B. Schonholtz, Esq.

                Ana M. Alfonso, Esq.

E-mail:    mschonholtz@willkie.com
             aalfonso@willkie.com

PLEASE TAKE FURTHER NOTICE that under section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, or otherwise.

Dated:    New York, New York
             November 2, 2011

Respectfully submitted,
**WILLKIE FARR & GALLAGHER LLP**

By:   /s/ Ana M. Alfonso
      Margot B. Schonholtz
      Ana M. Alfonso

787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000

*Counsel to Bank of America, N.A.*