Schuyler G. Carroll
PERKINS COIE LLP
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 262-6900
Fax: (212) 977-1649
SCarroll@perkinscoie.com

*Attorneys for Jon Corzine*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------ X | | |
| In re: | : | Chapter 11 |
| | : | |
| MF GLOBAL HOLDINGS LTD., *et al.*, | : | |
| | : | Case No. 11-15059 (MG) |
| Debtors. | : | |
| | : | (Jointly Administered) |
| | : | |
| | : | |
| ------------------------------------ X | | |

**NOTICE OF APPEARANCE AND
<u>REQUEST FOR SERVICE OF PAPERS</u>**

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, Perkins Coie LLP files this Notice of Appearance and Request for Service of Papers (the "Notice") and appears as counsel for Jon Corzine, and hereby requests that all notices given or required to be given and all papers served or required to be served, in this case (including, but not limited to, all papers filed and served in all adversary proceedings) be sent to:

LEGAL22059254.1

| | |
|---|---|
| Schuyler G. Carroll, Esq. | Alan D. Smith, Esq. (*pro hac vice* pending) |
| Perkins Coie LLP | Perkins Coie LLP |
| 30 Rockefeller Plaza | 1201 Third Avenue |
| New York, New York 10112 | Seattle, Washington 98101 |
| Tel: (212) 262-6900 | Tel: (206) 359-8000 |
| Fax: (212) 977-1649 | Fax: (206) 359-9000 |
| Email: SCarroll@perkinscoie.com | Email: ADSmith@perkinscoie.com |

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that, among other things (1) affect or seek to affect in any way any rights or interests of any creditor or party in interest in this case, with respect to (a) the debtor, (b) property of debtor's estates, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) require or seek to require any act, delivery of any property, payment or other conduct by Jon Corzine.

**PLEASE TAKE FURTHER NOTICE** that this Notice is filed without submitting to the jurisdiction of this Court or otherwise waiving any rights, and this Notice shall not be deemed or construed to be a waiver of rights: (1) to have final orders in non-core matters entered only after *de novo* review by a United States District Court Judge; (2) to trial by jury in any proceeding so triable in this case on in any cases, controversy, or proceeding related to this case; (3) to have the United States District Court withdraw the reference in any matter subject to

mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, setoffs, or recoupments to which Jon Corzine is or may be entitled.

Dated: New York, New York
November 3, 2011

          PERKINS COIE LLP

          *Attorneys for Jon Corzine*

          By: */s/ Schuyler G. Carroll*
          Schuyler G. Carroll
          30 Rockefeller Plaza
          New York, New York 10112
          Tel: (212) 262-6900
          Fax: (212) 977-1649
          Email: SCarroll@perkinscoie.com