**SEWARD & KISSEL LLP**
John R. Ashmead (JA 4756)
Arlene R. Alves (AA 9171)
Kalyan ("Kal") Das (KD 9079)
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

Attorneys for Wilmington Trust, National Association

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MF GLOBAL HOLDINGS LTD., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 11-15059 (MG)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE THAT Wilmington Trust, N.A. ("Wilmington Trust"), in its capacity as successor indenture trustee for holders of four series of notes (collectively, the "Notes") issued by debtor MF Global Holdings Ltd., by its counsel, Seward & Kissel LLP, hereby appears in the above-captioned chapter 11 cases (the "Cases") pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), as a party-in-interest with respect to the above-captioned debtors (the "Debtors").

PLEASE TAKE FURTHER NOTICE that Wilmington Trust, as a party-in-interest, requests, pursuant to Bankruptcy Rules 2002, 7005, 9007 and 9010 and Sections 102(1), 342 and 1109(b) of Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code"), that

all notices given or required to be given in these Cases and all papers served or required to be served in these Cases, including but not limited to all notices filed and served in all adversary proceedings in such cases, be given to and served upon the undersigned at the following office addresses, telephone numbers and e-mail addresses:

>John R. Ashmead, Esq.
>Arlene R. Alves, Esq.
>Kalyan ("Kal") Das
>Seward & Kissel LLP
>One Battery Park Plaza
>New York, New York 10004
>Tel.: (212) 574-1200
>Fax: (212) 480-8421
>E-mail: ashmead@sewkis.com
>alves@sewkis.com
>das@sewkis.com
>
>-and-
>
>Julie J. Becker
>Vice President
>Wilmington Trust, N.A.
>Corporate Client Services
>50 South Sixth Street, Suite 1290
>Minneapolis, Minnesota 55402-1544
>Drop Code: 7100/Minnesota
>Tel.: (612) 217-5628
>Fax: (612) 217-5651
>E-mail: jbecker@wilmingtontrust.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery,

telephone, telegraph, telefax, facsimile transmission, e-mail or otherwise, which affect the Debtors or property of the Debtors.

This Notice of Appearance and Request for Service of Papers shall not be deemed to be a waiver of Wilmington Trust's right (1) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these Cases or any case, controversy or proceeding related to these Cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) to any other rights, claims, actions, setoffs or recoupments to which Wilmington Trust is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Wilmington Trust expressly reserves.

Dated: New York, New York
November 7, 2011

SEWARD & KISSEL LLP

By: /s/ John R. Ashmead
John R. Ashmead (JA 4756)
Arlene R. Alves (AA 9171)
Kalyan ("Kal") Das
One Battery Park Plaza
New York, New York 10004
Tel.: (212) 574-1200
Fax: (212) 480-8421
Email: ashmead@sewkis.com
 alves@sewkis.com
 das@sewkis.com

Attorneys for Wilmington Trust, N.A. as Successor Trustee

SK 99999 0010 1239972
11/3/11 03:07 PM