**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re: : Chapter 11
:
**MF Global Holdings Ltd., et al.,** : Case No. 11 B 15059 (MG)
:
Debtors. : (Jointly Administered)
-----------------------------------------------------------x

# APPOINTMENT OF
# OFFICIAL COMMITTEE OF UNSECURED CREDITORS

    Tracy Hope Davis, the United States Trustee for Region 2, under 11 U.S.C. §§ 1102(a) and (b), hereby appoints the following unsecured creditors who are willing to serve on the Official Committee of Unsecured Creditors of MF Global Holdings Ltd. and an affiliated debtor in possession:

1. Wilmington Trust Company
   50 South Sixth Street - Suite 1290
   Minneapolis, Minnesota 55402-1544
   Attention: Julie J. Becker - Vice President
   Telephone: (612) 217-5626
   Fax: (612) 217-5651

2. JP Morgan Chase Bank, N.A.
   383 Madison Avenue - 23rd Floor
   New York, New York 10179
   Attention: Charles Freedgood
   Telephone: (212) 622-4513
   Fax: (212) 622-4557

3. Bank of America, N.A.
   335 Madison Avenue - 5th Floor
   New York, New York 10017
   Attention: Charles S. Francavilla, Managing Director
   Telephone: (646) 556-0678
   Fax: (646) 556-0351

4.   Elliot Management Corporation
     40 West 57th Street
     New York, New York
     Attention: Mark Cicirelli, Portfolio Manager
     Telephone: (212) 478-2025
     Fax: (212) 478-2686

5.   Caplin Systems Ltd.
     5 Penn Plaza - Suite 1982
     New York, New York 10001
     Attention: Jose Cadalzo, General Manager, Americas
     Telephone: (212) 835-1574
     Fax: (212) 806-2388

Dated: New York, New York
       November 7, 2011

                                    TRACY HOPE DAVIS
                                    UNITED STATES TRUSTEE


                            By:     /s/ Brian S. Masumoto
                                    Brian S. Masumoto
                                    Trial Attorney
                                    33 Whitehall Street, 21st Floor
                                    New York, New York  10004
                                    Tel. No. (212) 510-0500