UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re : Chapter 11
:
MF GLOBAL HOLDINGS LTD., et al., : Case No. 11-15059 (MG)
:
: (Jointly Administered)
Debtors. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER PURSUANT TO 11 U.S.C. § 1104 AND FED R. BANKR. P. 2007.1
DIRECTING APPOINTMENT OF CHAPTER 11 TRUSTEE**

Upon the joint emergency motion (the "Motion") of the Debtors and the statutory creditors' committee (the "Committee") for entry of an order (this "Order") pursuant to section 1104 (a)(2) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2007.1 of the Federal Rules of Bankruptcy Procedure directing the appointment of a chapter 11 trustee; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that the relief requested is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and upon the record of these cases, and after due deliberation thereon, and good and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

The Motion is hereby GRANTED.

Dated:  New York, New York
        November 22, 2011

                                            /s/Martin Glenn
                                          MARTIN GLENN
                                 United States Bankruptcy Judge

1