**MF Global Holdings Ltd. - Consolidated[1]**
**Use of Cash Collateral Forecasted Budget**
September 29, 2012 - October 26, 2012

*(In Millions)*

| Week Ended: | Forecast 10/5/2012 | Forecast 10/12/2012 | Forecast 10/19/2012 | Forecast 10/26/2012 |
|---|---|---|---|---|
| Total SSA and Other Reimbursements | $ - | $ - | $ - | $ - |
| Other Inflows | - | - | - | 0.14 |
| **Total Cash Flows** | **$ -** | **$ -** | **$ -** | **$ 0.14** |
| Total SSA Disbursements | $ - | $ - | $ - | $ - |
| Total Employee Costs | (0.05) | (0.24) | (0.00) | (0.21) |
| Total Real Estate Costs | (0.07) | - | - | - |
| Technology and Other Costs | (0.07) | (0.03) | (0.03) | (0.03) |
| **Total Cash Outflows** | **$ (0.19)** | **$ (0.27)** | **$ (0.03)** | **$ (0.24)** |
| **Net Operating Cash Flows:** | **$ (0.19)** | **$ (0.27)** | **$ (0.03)** | **$ (0.10)** |
| *Total Restructuring and Professional Fees* | - | - | - | - |
| **Net Cash Flows:** | **$ (0.19)** | **$ (0.27)** | **$ (0.03)** | **$ (0.10)** |
| **Available Cash Roll Forward:** | | | | |
| Beginning Available Cash Balance | $ 10.43 | $ 10.24 | $ 9.97 | $ 9.94 |
| Additional Cash Collateral Availability | - | - | - | - |
| Repayment of Cash Collateral Principal | - | - | - | (0.03) |
| Net Cash Flows | (0.19) | (0.27) | (0.03) | (0.10) |
| **Ending Available Cash Balance[2,3]** | **$ 10.24** | **$ 9.97** | **$ 9.94** | **$ 9.80** |
| **Less: Prefunding and Reimbursements Not Applied** | (0.53) | (0.52) | (0.52) | (0.52) |
| **Cash Available for Use:** | **$ 9.72** | **$ 9.45** | **$ 9.41** | **$ 9.28** |
| **Summary of Available Cash:** | | | | |
| Ending Unencumbered Cash Balance: | $ - | $ - | $ - | $ - |
| Ending Available Funds From Cash Collateral: | 9.72 | 9.45 | 9.41 | 9.28 |
| **Ending Available Cash Balance** | **$ 9.72** | **$ 9.45** | **$ 9.41** | **$ 9.28** |
| **Ending Cash Collateral Balance[4]** | **$ 21.14** | **$ 21.14** | **$ 21.14** | **$ 21.11** |

[1] Includes MF Global Holdings Ltd., MF Global Finance USA Inc., MF Global Holdings USA Inc., MF Global Capital LLC, MF Global FX Clear LLC, and MF Global Market Services LLC.

[2] Includes funds at Signature Bank for MF Global Finance USA Inc., MF Global Holdings Ltd., MF Global Holdings USA Inc., and the available funds in the JP Morgan MF Global Holdings USA Inc. payroll account.

[3] Represents the amount of cash budgeted under the Cash Collateral Order net of any repayments.

[4] No cash collateral has been used to fund the obligations of MF Global Capital LLC, MF Global FX Clear LLC, and MF Global Market Services LLC.