**JONES DAY**
Bruce Bennett
Bennett L. Spiegel
Lori Sinanyan
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Tel: (213) 243-2533
Fax: (213) 243-2539

**MORRISON & FOERSTER LLP**
Brett H. Miller
Melissa A. Hager
Craig A. Damast
1290 Avenue of the Americas
New York, New York 10104
Tel: (212) 468-8000
Fax: (212) 468-7900

*Counsel for the Creditor Co-Proponents*

*Counsel for the Chapter 11 Trustee, Co-Proponent*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                      :

**In re**                                 :     **Chapter 11**
                                        :

**MF GLOBAL HOLDINGS LTD.,** *et al.*,    :     **Case No. 11-15059 (MG)**
                                        :

                                        :     **(Jointly Administered)**

                      **Debtors.**[1]           :
- - - - - - - - - - - - - - - - - - - - - - - - - - -  x

### NOTICE OF FILING OF SECOND AMENDED PLAN SUPPLEMENT

      **PLEASE TAKE NOTICE** that, on April 22, 2013, pursuant to the Plan

Proponents' *Motion for Entry of an Order Approving Nonmaterial Modifications to the Plan*

*Pursuant to Section 1127(b) of the Bankruptcy Code*, filed with the Bankruptcy Court on April

22, 2013 [Docket No. 1351] (the "1127(b) Motion"),[2] the Plan Proponents filed the Second

Amended Plan Supplement at Docket Number 1353.

      **PLEASE TAKE FURTHER NOTICE** that the Second Amended Plan

Supplement contains **Exhibit I.A.98**, the Litigation Trust Agreement, which is an additional

---

[1]     The debtors in these chapter 11 cases are MF Global Holdings Ltd.; MF Global Finance USA Inc.; MF Global Capital LLC; MF Global Market Services LLC; MF Global FX Clear LLC; and MF Global Holdings USA Inc. (collectively, the "Debtors").

[2]     Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the 1127(b) Motion.

exhibit to the Plan pursuant to the nonmaterial modifications to the Plan described in the 1127(b)

Motion.

      **PLEASE TAKE FURTHER NOTICE** that the Second Amended Plan

Supplement supplements, and does not replace or supersede, the Amended Plan Supplement that

was filed in these cases on April 4, 2013 at Docket Number 1285.

      **PLEASE TAKE FURTHER NOTICE** that any party that wishes to receive a

copy of the Second Amended Plan Supplement may request a copy in writing from the

undersigned counsel or retrieve copies free of charge from the Debtors' restructuring website at

http://mfglobalcaseinfo.com/disclosure.php.

Dated: April 22, 2013

| | |
|---|---|
| /s/  Bruce Bennett | /s/  Brett H. Miller |
| **JONES DAY** | **MORRISON & FOERSTER LLP** |
| Bruce Bennett | Brett H. Miller |
| Bennett L. Spiegel | Melissa A. Hager |
| Lori Sinanyan | Craig A. Damast |
| 555 South Flower Street, Fiftieth Floor | 1290 Avenue of the Americas |
| Los Angeles, CA 90071 | New York, New York 10104 |
| Tel: (213) 243-2533 | Tel: (212) 468-8000 |
| Fax:  (213) 243-2539 | Fax: (212) 468-7900 |
| | |
| *Counsel for the Creditor Co-Proponents* | *Counsel for the Chapter 11 Trustee, Co-Proponent* |