# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | ) ) | Chapter 11 |
| MF GLOBAL HOLDINGS LTD., et al.,[1] | ) ) ) | Case No. 11-15059 (MG) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF ILLINOIS    )
                                  ) ss
COUNTY OF COOK  )

I, Brian P. Karpuk, being duly sworn, depose and state:

1.  I am an Assistant Director with GCG, Inc., the claims and noticing agent for Louis Freeh, as Chapter 11 Trustee of the bankruptcy estates of MF Global Holdings Ltd. (the "Trustee") and its affiliated debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 190 South LaSalle Street, Suite 1520, Chicago, Illinois 60603.

2.  On August 5, 2013, at the direction of Pepper Hamilton LLP ("Pepper"), Special Counsel for the Trustee, I caused true and correct copies of the following documents to be served by e-mail on the parties identified on Exhibit A annexed hereto (Fee Notice Parties with e-mail addresses), and by overnight delivery on the parties identified on Exhibit B annexed hereto (Fee Notice Parties):

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal taxpayer identification number, are: MF Global Holdings Ltd. (11-15059): MF Global Finance USA, Inc. (4890); MF Global Capital LLC (2825); MF Global FX Clear LLC (3678); MF Global Market Services LLC (2193); and MF Global Holdings USA Inc. (2847).

- **Second Interim and Final Application of Freeh Sporkin & Sullivan, LLP as Investigative Counsel to the Chapter 11 Trustee, Louis J. Freeh, for Compensation and Reimbursement of Expenses Incurred for the Period June 1, 2012 through August 31, 2012** ("Second Interim and Final Application of Freeh, Sporkin & Sullivan, LLP") [Docket No. 895];

- **Final Fee Application of Freeh Group International Solutions, LLC as Accountants to the Chapter 11 Trustee, Louis J. Freeh, for Compensation and Reimbursement of Expenses Incurred for the Period November 28, 2011 through June 4, 2013** ("Final Fee Application of Freeh Group International Solutions, LLC") [Docket No. 1575]; and

- **Final Fee Application of Pepper Hamilton LLP, as Special Counsel to Louis J. Freeh, Chapter 11 Trustee, for Compensation and Reimbursement of Expenses Incurred for the Period November 28, 2011 through June 4, 2013** ("Final Fee Application of Pepper Hamilton LLP") [Docket No. 1577].

3. On August 5, 2013, also at the direction of Pepper, I caused true and correct copies of the **Second Interim and Final Application of Freeh, Sporkin & Sullivan, LLP**, the **Final Fee Application of Freeh Group International Solutions, LLC**, and the **Final Fee Application of Pepper Hamilton LLP** to be served by e-mail on the party identified on Exhibit C annexed hereto (Plan Administrator), and by overnight delivery on the party identified on Exhibit D annexed hereto (Plan Administrator).

_____
Brian P. Karpuk

Sworn to before me this 6th day of
August, 2013

_____
Jeffrey C. Demma
Notary Public, State of Illinois
No. 10074942
Qualified in Will County
Commission Expires: December 1, 2014

JEFFREY C DEMMA
MY COMMISSION EXPIRES
DECEMBER 1, 2014

# EXHIBIT A

MORRISON & FOERSTER LLP
ATTN BRETT H. MILLER, ESQ.
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104
email: BMiller@mofo.com

MORRISON & FOERSTER LLP
ATTN LORENZO MARINUZZI, ESQ.
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104
email: LMarinuzzi@mofo.com

MORRISON & FOERSTER LLP
ATTN MELISSA A. HAGER, ESQ.
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104
email: MHager@mofo.com

OFFICE OF THE UNITED STATES TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN BRIAN MASUMOTO
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014
email: Brian.Masumoto@usdoj.gov

PROSKAUER
ATTN MARTIN J. BIENENSTOCK, ESQ.
ELEVEN TIMES SQUARE
NEW YORK, NY 10036-8299
email: mbienenstock@proskauer.com

PROSKAUER
ATTN MICHAEL P. KESSLER, ESQ.
ELEVEN TIMES SQUARE
NEW YORK, NY 10036-8299
email: mkessler@proskauer.com

SIMPSON THACHER & BARTLETT LLP
ATTN PETER V PANTALEO ESQ.
425 LEXINGTON AVE
NEW YORK, NY 10017
email: ppantaleo@stblaw.com

# EXHIBIT B

MORRISON & FOERSTER LLP
ATTN BRETT H. MILLER, ESQ.
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MORRISON & FOERSTER LLP
ATTN LORENZO MARINUZZI, ESQ.
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MORRISON & FOERSTER LLP
ATTN MELISSA A. HAGER, ESQ.
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

OFFICE OF THE UNITED STATES TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN BRIAN MASUMOTO
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN LINDA RIFFKIN
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

PROSKAUER
ATTN MARTIN J. BIENENSTOCK, ESQ.
ELEVEN TIMES SQUARE
NEW YORK, NY 10036

PROSKAUER
ATTN MICHAEL P. KESSLER, ESQ.
ELEVEN TIMES SQUARE
NEW YORK, NY 10036

SIMPSON THACHER & BARTLETT LLP
ATTN PETER V. PANTALEO, ESQ.
425 LEXINGTON AVE
NEW YORK, NY 10017

# EXHIBIT C

JONES DAY
ATTN BRUCE BENNETT, ESQ.
555 SOUTH FLOWER ST, FL 50
LOS ANGELES, CA 90071
email: bbennett@jonesday.com

# EXHIBIT D

JONES DAY
ATTN BRUCE BENNETT, ESQ.
555 SOUTH FLOWER STREET, FLOOR 50TH
LOS ANGELES, CA 90071