**MORRISON & FOERSTER LLP**
Brett H. Miller
Melissa A. Hager
Craig A. Damast
250 West 55th Street
New York, New York 10019
Tel: (212) 468-8000
Fax: (212) 468-7900

*Counsel for MF Global Holdings Ltd.,*
*as Plan Administrator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------- x
                                                        :
**In re**                                               :       **Chapter 11**
                                                        :
**MF GLOBAL HOLDINGS LTD.,** *et al.*,                  :       **Case No. 11-15059 (MG)**
                                                        :
        Debtors.                                        :       **(Jointly Administered)**
                                                        :
                                                        :
------------------------------------------------------- x

**PROPOSED AGENDA AND NOTICE OF CANCELLATION FOR MATTERS**
**SCHEDULED TO BE HEARD ON MAY 13, 2015 AT 10:00 A.M. (EDT)**

---

**THIS HEARING HAS BEEN CANCELLED**
**WITH PERMISSION FROM THE COURT**
**AS NO MATTERS ARE GOING FORWARD**

---

**I.    ADJOURNED MATTERS**

1.  Fifteenth Omnibus Objection of Plan Proponents Seeking to Reduce Certain Guarantee Claims [Docket No. 1166], solely as it relates to the Sun Hung Kai Commodities Limited and SEB AG claims

    **Related Documents**:

    **a.**  Notice of Omnibus Hearing [Docket No. 1167]

    **b.**  Notice of Adjournment of Hearing [Docket No. 1385]

ny-1186851

c.  Declaration of (A) No Responses Regarding (I) Certain Claims Subject to the Thirty-Ninth Omnibus Objection of Plan Administrator Seeking to Disallow Certain No Liability Claims, (II) The Fortieth Omnibus Objection of Plan Administrator Seeking to Disallow Certain Amended and/or Superseded Claims; and (B) Adjournments to Various Other Objections to Claims [Docket No. 1776]

d.  Declaration of (A) No Responses Regarding (I) Certain Claims Subject to the Forty-First Omnibus Objection of Plan Administrator Seeking to Disallow Certain No Liability Claims, (II) The Forty-Second Omnibus Objection of Plan Administrator Seeking to Disallow Certain Satisfied Claims; and (B) Adjournments to Various Other Objections to Claims [Docket No. 1812]

**Response Deadline**: May 6, 2015 (solely as it relates to Sun Hung Kai Commodities Limited and SEB AG)

**Responses Received**: None.

**Status:** A resolution has been reached as to all claims except those of Sun Hung Kai Commodities Limited and SEB AG. The hearing on this objection has been adjourned to June 24, 2015 with a response deadline of June 17, 2015.

Dated:  New York, New York
May 11, 2015

By:   /s/ Craig A. Damast
**MORRISON & FOERSTER LLP**
Brett H. Miller
Melissa A. Hager
Craig A. Damast
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for MF Global Holdings Ltd.,*
 *as Plan Administrator*

ny-1186851         2