**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                                                )
In re                                                           )    Chapter 11
                                                                )
MF GLOBAL HOLDINGS LTD., *et al.*,    )    Case No. 11-15059 (MG)
                                                                )
                                        Debtors.[1]       )    (Jointly Administered)
                                                                )
_____ )

**AFFIDAVIT OF SERVICE**

STATE OF OHIO                )
                                            ) ss
COUNTY OF FRANKLIN   )

I, Angela Chachoff, being duly sworn, depose and state:

1.   I am a Case Manager with Epiq Class Action & Claims Solutions, Inc.,[2] the claims and noticing agent for MF Global Holdings Ltd., the Plan Administrator under the *Second Amended and Restated Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code for MF Global Holdings Ltd., MF Global Finance USA Inc., MF Global Capital LLC, MF Global FX Clear LLC, MF Global Market Services LLC, and MF Global Holdings USA Inc*.[3] [Docket No. 1382] in the above-captioned proceeding.  Our business address is 5151 Blazer Parkway, Suite A, Dublin, Ohio  43017.

---

[1]   The debtors in the chapter 11 cases (the "Chapter 11 Cases") are MF Global Holdings Ltd.; MF Global Finance USA Inc.; MF Global Capital LLC; MF Global Market Services LLC; MF Global FX Clear LLC; and MF Global Holdings USA Inc. (collectively, the "Debtors"). The Court entered an order of final decree closing the chapter 11 cases of MF Global Capital LLC, MF Global FX Clear LLC, and MF Global Market Services LLC on February 11, 2016. See Docket No. 2201.

[2]   Epiq Class Action & Claims Solutions, Inc. acquired Garden City Group, LLC on June 15, 2018.

[3]   Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Second Amended and Restated Plan.

2. On July 27, 2020, at the direction of Jones Day, Counsel for MF Global Holdings Ltd., as Plan Administrator, I caused a true and correct copy of the following document to be served by e-mail on the parties identified on Exhibit A annexed hereto (Master Service List and Notice of Appearance Parties with e-mail addresses):

- **Quarterly Operating Report for the Period April 1, 2020 through June 30, 2020** [Docket No. 2423].

/s/ Angela Chachoff
Angela Chachoff

Sworn to before me this 4th day
of August, 2020

/s/ Andrea R. Speelman
Notary Public, State of Ohio
Commission Expires March 21, 2024

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| A.W. RUSH & CO. | | ATTN JILLIAN WINOKER | 299 PARK AVE FL 6 | | NEW YORK | NY | 10171-0004 | jwinoker@awrush.com |
| AKIN GUMP STRAUSS HAUER & FELD LLP | | ATTN MICHAEL S. STAMER, ESQ. | ONE BRYANT PK | | NEW YORK | NY | 10036 | mstamer@akingump.com |
| ALLEN MATKINS LECK GAMBLE MALLORY | & NATSIS LLP | ATTN MICHAEL S. GREGER, ESQ. | 1900 MAIN ST, FL 5 | | IRVINE | CA | 92614-7321 | mgreger@allenmatkins.com |
| ATTORNEY GENERAL OF STATE OF NEW YORK | ATTN ENID N. STUART , ASST AG | 28 LIBERTY STREET | | | NEW YORK | NY | 10005 | Enid.Stuart@ag.ny.gov |
| BAKER & HOSTETLER LLP | | ATTN GERALDINE E. PONTO, ESQ. | 45 ROCKEFELLER PLZ | | NEW YORK | NY | 10111 | gponto@bakerlaw.com |
| BALLARD SPAHR LLP | | ATTN TOBEY M DALUZ, ESQ. | 919 N MARKET ST, FL 11 | | WILMINGTON | DE | 19801 | daluzt@ballardspahr.com |
| BARNES & THORNBURG LLP | | ATTN DAVID M. POWLEN, ESQ. | 1000 N WEST ST STE 1200 | | WILMINGTON | DE | 19801-1058 | dpowlen@btlaw.com |
| BARNES & THORNBURG LLP | | ATTN VINCENT P. SCHMELTZ III, ESQ. | 1 N WACKER DR STE 4400 | | CHICAGO | IL | 60606-2841 | tschmeltz@btlaw.com |
| BARNES & THORNBURG LLP | ATTN KATHLEEN LEICHT MATSOUKAS | ONE NORTH WACKER DRIVE | | | CHICAGO | IL | 60606 | kmatsoukas@btlaw.com |
| BARNES & THORNBURG LLP | | ATTN KATHLEEN L. MATSOUKAS, ESQ. | 1 N WACKER DR STE 4400 | | CHICAGO | IL | 60606-2841 | kathleen.matsoukas@btlaw.com; kmatsoukas@btlaw.com |
| BARRACK RODOS & BACINE | ATTN A. ARNOLD GERSHON, ESQ. | 11 TIMES SQ FL 10 | | | NEW YORK | NY | 10036-6571 | agershon@barrack.com |
| BARRACK RODOS & BACINE | ATTN WILLIAM J. BAN, ESQ. | 11 TIME SQ FL 10 | | | NEW YORK | NY | 10036-6571 | wban@barrack.com |
| BARRACK RODOS & BACINE | | ATTN LEONARD BARRACK, ESQ. | 3300 TWO COMMERCE SQ | 2001 MARKET ST | PHILADELPHIA | PA | 19103 | lbarrack@barrack.com |
| BARRACK RODOS & BACINE | | ATTN MARK R. ROSEN, ESQ. | 3300 TWO COMMERCE SQ | 2001 MARKET ST | PHILADELPHIA | PA | 19103 | mrosen@barrack.com |
| BARTLETT HACKETT FEINBERG P.C. | | ATTN FRANK F. MCGINN, ESQ. | 155 FEDERAL ST FL 9 | | BOSTON | MA | 02110-1610 | ffm@bostonbusinesslaw.com |
| BEAUTYMAN ALVSTAD LLP | | ATTN MICHAEL J. BEAUTYMAN, ESQ. | 1201 BETHLEHEM PIKE | | FLOURTOWN | PA | 19031-1902 | mbeauty@beautyman.com |
| BEAUTYMAN ALVSTAD LLP | | ATTN STEPHEN L. ALVSTAD, ESQ. | 1201 BETHLEHEM PIKE | | FLOURTOWN | PA | 19031-1902 | salvstad@beautyman.com |
| BERGER & MONTAGUE, P.C. | | ATTN MERRILL G DAVIDOFF, ESQ. | 1622 LOCUST ST | | PHILADELPHIA | PA | 19103-6305 | mdavidoff@bm.net |
| BERGER & MONTAGUE, P.C. | ATTN: MICHAEL C. DELL'ANGELO, ESQ. | 1622 LOCUST STREET | | | PHILADELPHIA | PA | 19103-6305 | mdellangelo@bm.net |
| BINDER & SCHWARTZ LLP | ATTN NEIL S. BINDER, ESQ. | 28 W 44TH ST, FL 6 | | | NEW YORK | NY | 10036 | nbinder@binderschwartz.com |
| BLAU & MALMFELDT | | ATTN LESLIE A. BLAU, ESQ. | 203 N LA SALLE ST STE 1620 | | CHICAGO | IL | 60601-1218 | blaumalmfeldtNYBK@gmail.com |
| BUCHALTER NEMER PC | | ATTN SHAWN M CHRISTIANSON, ESQ | 55 SECOND ST, 17TH FL | | SAN FRANCISCO | CA | 94105-3493 | schristianson@buchalter.com |
| CALFEE, HALTER & GRISWOLD LLP | | ATTN GUS KALLERGIS, ESQ. | 1405 E 6TH ST STE 1 | | CLEVELAND | OH | 44114-1601 | gkallergis@calfee.com |
| CHAPMAN AND CUTLER LLP | | ATTN JAMES E. SPIOTTO, ESQ. | 111 W MONROE ST | | CHICAGO | IL | 60603 | spiotto@chapman.com |
| CHAPMAN AND CUTLER LLP | | ATTN LAURA APPLEBY, ESQ. | 330 MADISON AVE FL 34 | | NEW YORK | NY | 10017-5010 | appleby@chapman.com |
| CHICAGO MERCANTILE EXCHANGE | | ATTN KATHLEEN M CRONIN | 131 S DEARBORN ST | | CHICAGO | IL | 60603-5517 | kathleen.cronin@cmegroup.com |
| COLLINS & COLLINS | | ATTN MICHAEL R. COLLINS, ESQ. | 8 S MICHIGAN AVE STE 1414 | | CHICAGO | IL | 60603-3372 | michael.collins@collinsandcollins.com |
| COMMODITY FUTURES TRADING COMMISSION | | ATTN ROBERT A. SCHWARTZ, ASST GC | 1155 21ST ST NW | | WASHINGTON | DC | 20581-0001 | rschwartz@cftc.gov |
| COMMODITY FUTURES TRADING COMMISSION | OFFICE OF THE GENERAL COUNSEL | ATTN MARTIN B. WHITE, ESQ. | 1155 21ST ST NW | | WASHINGTON | DC | 20581-0001 | mwhite@cftc.gov |
| CURTIS, MALLET-PREVOST, COLT & MOSLE LLP | | ATTN TURNER P. SMITH, ESQ. | 101 PARK AVE | | NEW YORK | NY | 10178-0061 | tsmith@curtis.com |
| DEBEVOISE & PLIMPTON LLP | ATTN MEGAN K. BANNINGAN, ESQ. | 919 THIRD AVE | | | NEW YORK | NY | 10022 | mkbannigan@debevoise.com |
| DECHERT LLP | ATTN ANDREW J. LEVANDER, ESQ. | 1095 AVENUE OF THE AMERICAS | | | NEW YORK | NY | 10036-6797 | andrew.levander@dechert.com |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| DECHERT LLP | ATTN MATTHEW L. MAZUR, ESQ. | 1095 AVENUE OF THE AMERICAS | | | NEW YORK | NY | 10036 | matthew.mazur@dechert.com |
| DECHERT LLP | ATTN REBECCA S. KAHAN, ESQ. | 1095 AVENUE OF THE AMERICAS | | | NEW YORK | NY | 10036 | rebecca.kahan@dechert.com; rebecca.waldman@dechert.com |
| DEPOSITORY TRUST COMPANY | | | 55 WATER ST | | NEW YORK | NY | 10041-0099 | info@dtcc.com |
| ENTWISTLE & CAPPUCCI LLP | | ATTN ANDREW J. ENTWISTLE, ESQ. | 280 PARK AVE, FL W 26 | | NEW YORK | NY | 10017 | aentwistle@entwistle-law.com |
| ENTWISTLE & CAPPUCCI LLP | | ATTN JOSHUA K. PORTER, ESQ. | 280 PARK AVE, FL W 26 | | NEW YORK | NY | 10017 | jporter@entwistle-law.com |
| ENTWISTLE & CAPPUCCI LLP | | ATTN JORDAN A. CORTEZ, ESQ. | 280 PARK AVE, FL W 26 | | NEW YORK | NY | 10017 | jcortez@entwistle-law.com |
| FEDERAL RESERVE BANK OF NEW YORK | | ATTN SHARI D. LEVENTHAL, ESQ. | 33 LIBERTY ST | | NEW YORK | NY | 10045-0001 | shari.leventhal@ny.frb.org |
| FEDERAL RESERVE BANK OF NEW YORK | | ATTN MEGHAN MCCURDY, ESQ. | 33 LIBERTY ST | | NEW YORK | NY | 10045-0001 | meghan.mccurdy@ny.frb.org |
| FINANCIAL INDUSTRY REGULATORY AUTHORITY | | ATTN RICHARD G. KETCHUM CEO | 1735 K ST NW | | WASHINGTON | DC | 20006-1506 | otccorpactions@finra.org |
| FORD MARRIN ESPOSITO WITMEYER | & GLESER, L.L.P. | ATTN JON R. GRABOWSKI, ESQ. | WALL STREET PLZ, FL 23 | | NEW YORK | NY | 10005 | jrgrabowski@fmew.com |
| GEIER HOMAR & ROY, LLP | | ATTN DAVID A. GEIER, ESQ. | LORRAINE BUSINESS CTR | 131 W WASHINGTON AVE | MADISON | WI | 53703 | dageier@wislaw.net |
| GOLUB & GOLUB, LLP | | ATTN STEVEN M. GOLUB, ESQ. | 225 BROADWAY, FL 15 | | NEW YORK | NY | 10007 | sgolub@golublaw.com |
| GOODWIN PROCTOR LLP | | ATTN WILLIAM P. WEINTRAUB, ESQ. | 620 EIGHTH AVENUE | | NEW YORK | NY | 10018 | wweintraub@goodwinprocter.com |
| GRANT & EISENHOFER P.A. | | ATTN JAY W. EISENHOFER, ESQ. | 485 LEXINGTON AVE | | NEW YORK | NY | 10017 | jeisenhofer@gelaw.com |
| GRANT & EISENHOFER P.A. | | ATTN MATTHEW P. MORRIS, ESQ. | 485 LEXINGTON AVE | | NEW YORK | NY | 10017 | mpmorris@gelaw.com |
| HAHN & HESSEN LLP | | ATTN STEVEN J. MANDELSBERG, ESQ. | 488 MADISON AVE | | NEW YORK | NY | 10022 | smandelsberg@hahnhessen.com |
| HERRICK FEINSTEIN LLP | C/O MINTZ, LEVIN, COHN, FERRIS, GLOVSKY | AND POPEO, P.C. | | ATTN THERESE DOHERTY | 666 THIRD AVENUE | NY | 10017 | TDOHERTY@MINTZ.COM |
| HERRICK, FEINSTEIN LLP | | ATTN STEPHEN B. SELBST, ESQ. | 2 PARK AVE | | NEW YORK | NY | 10016 | sselbst@herrick.com |
| HINCKLEY, ALLEN & SNYDER LLP | | ATTN JENNIFER V. DORAN, ESQ. | 28 STATE ST | | BOSTON | MA | 02109 | jdoran@haslaw.com |
| HOWARD, STALLINGS, FROM & HUTSON, P.A. | | ATTN JOSEPH H. STALLINGS, ESQ. | 5410 TRINITY RD STE 210 | P.O. BOX 12347 | RALEIGH | NC | 27607-6003 | jstallings@hsfh.com |
| HUGHES HUBBARD & REED LLP | | ATTN JAMES B. KOBAK JR., ESQ. | ONE BATTERY PARK PLZ | | NEW YORK | NY | 10004 | james.kobak@hugheshubbard.com |
| HUGHES HUBBARD & REED LLP | | ATTN CHRISTOPHER K. KIPLOK, ESQ. | ONE BATTERY PARK PLZ | | NEW YORK | NY | 10004 | kiplok@hugheshubbard.com |
| HUGHES HUBBARD & REED LLP | | ATTN JEFFERY S. MARGOLIN, ESQ. | ONE BATTERY PARK PLZ | | NEW YORK | NY | 10004 | margolin@hugheshubbard.com |
| JAMES L. KOUTOULAS, ESQ | | | 190 S LA SALLE ST STE 3000 | | CHICAGO | IL | 60603-3446 | jk@typhoncap.com |
| KASOWITZ BENSON TORRES & FRIEDMAN LLP | | ATTN DAVID S ROSNER ESQ | 1633 BROADWAY | | NEW YORK | NY | 10019 | drosner@kasowitz.com |
| KASOWITZ BENSON TORRES & FRIEDMAN LLP | | ATTN DAVID J MARK ESQ | 1633 BROADWAY | | NEW YORK | NY | 10019 | dmark@kasowitz.com |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | | ATTN THOMAS MOERS MAYER, ESQ. | 1177 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10036 | tmayer@kramerlevin.com |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | ATTN ARTHUR HAROLD AUFSES, III, ESQ. | 1177 AVENUE OF THE AMERICAS | | | NEW YORK | NY | 10036 | Aaufses@kramerlevin.com |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | ATTN PAUL H SCHOEMAN, ESQ. | 1177 AVENUE OF THE AMERICAS | | | NEW YORK | NY | 10036 | PSchoeman@kramerlevin.com |
| LABATON SUCHAROW LLP | | ATTN CHRISTOPHER J. KELLER, ESQ. | 140 BROADWAY | | NEW YORK | NY | 10005 | ckeller@labaton.com |
| LABATON SUCHAROW LLP | | ATTN JONATHAN GARDNER, ESQ. | 140 BROADWAY | | NEW YORK | NY | 10005 | jgardner@labaton.com |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| LANKLER SIFFERT & WOHL LLP | ATTN DANIEL E. REYNOLDS, ESQ. | 500 FIFTH AVE | | | NEW YORK | NY | 10110 | dreynolds@lswlaw.com |
| LAW OFFICE OF THOMAS V. PURPI, P.C. | | ATTN THOMAS V. PURPI, ESQ. | 419 LAFAYETTE ST, FL 4 | | NEW YORK | NY | 10003 | attorney@purpilaw.com |
| LEVINE LEE LLP | ATTN KENNETH E LEE | 570 LEXINGTON AVE 7TH FL | | | NEW YORK | NY | 10022 | klee@levinelee.com |
| LOUIS F. BURKE P.C. | | ATTN LOUIS F. BURKE, ESQ. | 460 PARK AVE, FL 21 | | NEW YORK | NY | 10022 | lburke@lfblaw.com |
| LOWENSTEIN SANDLER PC | | ATTN BRUCE S. NATHAN, ESQ. | 1251 AVENUE OF THE AMERICAS, FL 18 | | NEW YORK | NY | 10020 | bnathan@lowenstein.com |
| LOWENSTEIN SANDLER PC | | ATTN SCOTT CARGILL, ESQ. | 65 LIVINGSTON AVE | | ROSELAND | NJ | 07068 | scargill@lowenstein.com |
| MAGNOZZI & KYE, LLP | ATTN AMISH R. DOSHI, ESQ. | 23 GREEN ST STE 302 | | | HUNTINGTON | NY | 11743-3336 | amish@doshilegal.com |
| MAYER BROWN LLP | | ATTN BRIAN TRUST, ESQ. | 1221 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020-1001 | btrust@mayerbrown.com |
| MAYER BROWN LLP | | ATTN CHRISTINE A. WALSH, ESQ. | 1221 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10019 | cwalsh@mayerbrown.com |
| MCCARTER & ENGLISH, LLP | | ATTN DAVID J. ADLER, ESQ. | 245 PARK AVE FL 27 | | NEW YORK | NY | 10167-2801 | dadler@mccarter.com |
| MCGUIREWOODS LLP | | ATTN DION W. HAYES, ESQ. | 1345 AVENUE OF THE AMERICAS FL 7 | | NEW YORK | NY | 10105-0005 | dhayes@mcguirewoods.com |
| MCGUIREWOODS LLP | | ATTN SHAWN R. FOX, ESQ. | 1345 AVENUE OF THE AMERICAS FL 7 | | NEW YORK | NY | 10105-0005 | sfox@mcguirewoods.com |
| MISSOURI DEPARTMENT OF REVENUE | BANKRUPTCY UNIT | ATTN STEVEN A. GINTHER, ESQ. | PO BOX 475 | | JEFFERSON CITY | MO | 65105-0475 | sdnyecf@dor.mo.gov |
| MORRISON & FOERSTER LLP | | ATTN LORENZO MARINUZZI, ESQ. | 250 WEST 55TH STREET | | NEW YORK | NY | 10019 | LMarinuzzi@mofo.com |
| MORRISON & FOERSTER LLP | ATTN KATHLEEN E. SCHAAF | 250 WEST 55TH ST | | | NEW YORK | NY | 10019 | kschaaf@mofo.com |
| MORRISON COHEN LLP | ATTN ROBERT K. DAKIS, ESQ. | 909 THIRD AVE | | | NEW YORK | NY | 10022 | jmoldovan@morrisoncohen.com |
| ODIN FELDMAN & PITTLEMAN PC | ATTN DONALD F. KING, ESQ. | 1775 WIEHLE AVE STE 400 | | | RESTON | VA | 20190-5159 | donking@ofplaw.com |
| OFFICE OF THE UNITED STATES TRUSTEE | U.S. FEDERAL OFFICE BUILDING | ATTN B. MASUMOTO & L. RIFKIN | 201 VARICK STREET, ROOM 1006 | | NEW YORK | NY | 10014 | Brian.Masumoto@usdoj.gov |
| OLSHAN GRUNDMAN FROME ROSENZWEIG WOLOSKY | | ATTN MICHAEL S. FOX, ESQ. | PARK AVE TOWER | 65 E. 55TH ST | NEW YORK | NY | 10022 | mfox@olshanlaw.com |
| OUTTEN & GOLDEN LLP | | ATTN JACK A. RAISNER, ESQ. | 3 PARK AVE FL 29 | | NEW YORK | NY | 10016-5902 | jar@outtengolden.com |
| OUTTEN & GOLDEN LLP | | ATTN RENE ROUPINIAN, ESQ. | 3 PARK AVE FL 29 | | NEW YORK | NY | 10016-5902 | rsr@outtengolden.com |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON | | ATTN STEPHEN J. SHIMSHAK, ESQ. | 1285 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10019-6028 | sshimshak@paulweiss.com |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON | | ATTN CLAUDIA L. HAMMERMAN, ESQ. | 1285 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10019-6028 | chammerman@paulweiss.com |
| PEPPER HAMILTON LLP | | ATTN EVELYN J. MELTZER, ESQ. | HERCULES PLAZA, STE 5100 | 1313 MARKET ST, PO BOX 1709 | WILMINGTON | DE | 19899-1709 | meltzere@pepperlaw.com |
| PEPPER HAMILTON LLP | | ATTN DAVID B. STRATTON, ESQ. | HERCULES PLAZA, STE 5100 | 1313 MARKET ST, PO BOX 1709 | WILMINGTON | DE | 19899-1709 | strattond@pepperlaw.com |
| PEPPER HAMILTON LLP | | ATTN DAVID M. FOURNIER, ESQ. | HERCULES PLAZA, STE 5100 | 1313 MARKET ST, PO BOX 1709 | WILMINGTON | DE | 19899-1709 | fournierd@pepperlaw.com |
| PEPPER HAMILTON LLP | | ATTN ROBERT S. HERTZBERG, ESQ. | THE NY TIMES BLDG, FL 37 | 620 EIGHTH AVE | NEW YORK | NY | 10018-1405 | hertzbergr@pepperlaw.com |
| PERKINS COIE LLP | | ATTN ALAN D. SMITH, ESQ. | 1201 3RD AVE STE 4800 | | SEATTLE | WA | 98101-3266 | ADSmith@perkinscoie.com |
| PROSKAUER | ATTN MARTIN J. BIENENSTOCK, ESQ. | ATTN IRENA M. GOLDSTEIN, ESQ | ELEVEN TIMES SQUARE | | NEW YORK | NY | 10036-8299 | mbienenstock@proskauer.com |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | | ATTN ANDREW J. ROSSMAN, ESQ. | 51 MADISON AVE, FL 22 | | NEW YORK | NY | 10010 | andrewrossman@quinnemanuel.com |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | | ATTN BENJAMIN I. FINESTONE, ESQ. | 51 MADISON AVE, FL 22 | | NEW YORK | NY | 10010 | benjaminfinestone@quinnemanuel.com |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | | ATTN KATE SCHERLING, ESQ. | 51 MADISON AVE, FL 22 | | NEW YORK | NY | 10010 | katescherling@quinnemanuel.com |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | | ATTN ELLISON S. WARD, ESQ. | 51 MADISON AVE, FL 22 | | NEW YORK | NY | 10010 | ellisonward@quinnemanuel.com |
| ROBINSON MCDONALD & CANNA LLP | ATTN JAYNE S. ROBINSON, ESQ. | 61 BROADWAY, STE 1415 | | | NEW YORK | NY | 10006 | jrobinson@rmc-llp.com |
| ROBINSON MCDONALD & CANNA LLP | | ATTN BRETT G. CANNA, ESQ. | 61 BROADWAY, STE 1415 | | NEW YORK | NY | 10006 | bcanna@rmc-llp.com |
| ROSENTHAL COLLINS GROUP, L.L.C. | | ATTN MICHAEL J. CONTI, ESQ. | 216 W JACKSON BLVD STE 400 | | CHICAGO | IL | 60606-6987 | mconti@rcgdirect.com |
| SATTERLEE STEPHENS BURKE & BURKE LLP | | ATTN CHRISTOPHER R. BELMONTE, ESQ. | 230 PARK AVE | | NEW YORK | NY | 10169 | cbelmonte@ssbb.com |
| SATTERLEE STEPHENS BURKE & BURKE LLP | | ATTN ABIGAIL SNOW, ESQ. | 230 PARK AVE | | NEW YORK | NY | 10169 | asnow@ssbb.com |
| SATTERLEE STEPHENS BURKE & BURKE LLP | | ATTN TIMOTHY T. BROCK, ESQ. | 230 PARK AVE | | NEW YORK | NY | 10169 | tbrock@ssbb.com |
| SATTERLEE STEPHENS BURKE & BURKE LLP | | ATTN PAUL M. BROWN, ESQ. | 230 PARK AVE | | NEW YORK | NY | 10169 | pbrown@ssbb.com |
| SATTERLEE STEPHENS BURKE & BURKE LLP | | ATTN CHARLES J. KEELEY, ESQ. | 230 PARK AVE | | NEW YORK | NY | 10169 | ckeeley@ssbb.com |
| SECURITIES AND EXCHANGE COMMISSION | DIVISION OF TRADING AND MARKETS | | 450 5TH ST NW | | WASHINGTON | DC | 20534-0001 | SECBankruptcy@sec.gov |
| SECURITIES AND EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | ATTN REGIONAL DIRECTOR | 3 WORLD FINANCIAL CTR STE 400 | | NEW YORK | NY | 10281-1022 | NYRBankruptcy@sec.gov |
| SECURITIES AND EXCHANGE COMMISSION | SEC HEADQUARTERS | ATTN CHAIRMAN OR GENERAL COUNSEL | 100 F ST NE | | WASHINGTON | DC | 20549-2000 | chairmanoffice@sec.gov |
| SECURITIES EXCHANGE COMMISSION | CHICAGO REGIONAL OFFICE | ATTN DAVID A. GLOCKNER | 175 W JACKSON BLVD STE 900 | | CHICAGO | IL | 60604-2815 | chicago@sec.gov |
| SECURITIES INVESTOR PROTECTION CORP | | ATTN STEPHEN P HARBECK | 1667 K ST NW STE 1000 | | WASHINGTON | DC | 20006-1620 | SHARBECK@SIPC.ORG |
| SEWARD & KISSEL LLP | | ATTN JOHN R. ASHMEAD, ESQ. | ONE BATTERY PARK PLZ | | NEW YORK | NY | 10004 | ashmead@sewkis.com |
| SEWARD & KISSEL LLP | | ATTN ARLENE R. ALVES, ESQ. | ONE BATTERY PARK PLZ | | NEW YORK | NY | 10004 | alves@sewkis.com |
| SEWARD & KISSEL LLP | | ATTN KALYAN DAS, ESQ. | ONE BATTERY PARK PLZ | | NEW YORK | NY | 10004 | das@sewkis.com |
| SILVERBERG LAW CORP | | ATTN PETER M. CHO, ESQ | 8778 W SUNSET BLVD | | WEST HOLLYWOOD | CA | 90069-2206 | silverberglaw@msn.com |
| SIMPSON THACHER & BARTLETT LLP | | ATTN PETER V PANTALEO, ESQ. | 425 LEXINGTON AVE | | NEW YORK | NY | 10017 | ppantaleo@stblaw.com |
| SKADDEN ARPS | | ATTN J G MILMOE, K ZIMAN, J E IVESTER | FOUR TIMES SQ | | NEW YORK | NY | 10036 | eric.ivester@skadden.com |
| SKADDEN ARPS | | ATTT GEORGE PANAGAKIS | 155 N WACKER DR STE 2700 | | CHICAGO | IL | 60606-1720 | george.panagakis@skadden.com |
| SQUIRE, SANDERS & DEMPSEY (US) LLP | | ATTN STEPHEN D. LERNER, ESQ. | 30 ROCKEFELLER PLZ FL 22 | | NEW YORK | NY | 10112-2299 | stephen.lerner@ssd.com |
| STUTZMAN, BROMBERG, ESSERMAN & PLIFKA PC | | ATTN SANDER L. ESSERMAN, ESQ. | 2323 BRYAN ST STE 2200 | | DALLAS | TX | 75201-2655 | esserman@sbep-law.com |
| STUTZMAN, BROMBERG, ESSERMAN & PLIFKA PC | | ATTN PETER C. D'APICE, ESQ. | 2323 BRYAN ST STE 2200 | | DALLAS | TX | 75201-2655 | d'apice@sbep-law.com |
| STUTZMAN, BROMBERG, ESSERMAN & PLIFKA PC | | ATTN DAVID A. KLINGLER, ESQ. | 2323 BRYAN ST STE 2200 | | DALLAS | TX | 75201-2655 | klingler@sbep-law.com |
| SULLIVAN & WORCESTER LLP | ATTN LAURA STEINBERG, ESQ. | ONE POST OFFICE SQUARE | | | BOSTON | MA | 02109 | lsteinberg@sandw.com |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| SUSAN LEVY, ATTORNEY-AT-LAW | | ATTN SUSAN LEVY, ESQ. | 165 W 66TH ST APT 7B | | NEW YORK | NY | 10023-6506 | susan@levypruett.com |
| SUTHERLAND ASBILL & BRENNAN LLP | | ATTN MARK SHERRILL, ESQ. | 700 SIXTH STREET, NW | SUITE 700 | WASHINGTON | DC | 20001-3980 | mark.sherrill@sutherland.com |
| TANNENBAUM HELPERN SYRACUSE HIRSCHTRITT | | ATTN WAYNE H DAVIS ESQ. | 900 THIRD AVE | | NEW YORK | NY | 10022 | davis@thsh.com |
| THOMPSON HINE LLP | | ATTN WILLIAM H. SCHRAG, ESQ. | 335 MADISON AVE FL 12 | | NEW YORK | NY | 10017-4666 | William.Schrag@ThompsonHine.com |
| THOMPSON HINE LLP | | ATTN ANDREW D. TURSCAK, JR., ESQ. | 3900 KEY CENTER | 127 PUBLIC SQ | CLEVELAND | OH | 44114-1291 | Andrew.Turscak@ThompsonHine.com |
| TROUTMAN SANDERS LLP | | ATTN BRETT D. GOODMAN, ESQ. | THE CHRYSLER BLDG | 875 3RD AVE FL 15 | NEW YORK | NY | 10022-7254 | brett.goodman@troutmansanders.com |
| TROY BOUCHER | | | 3149 CONESTOGA WAY | | BILLINGS | MT | 59105-4664 | troyboucher@gmail.com |
| WEIL, GOTSHAL & MANGES LLP | | ATTN MARCIA L. GOLDSTEIN, ESQ. | 767 FIFTH AVE | | NEW YORK | NY | 10153-0119 | marcia.goldstein@weil.com |
| WILEY REIN LLP | ATTN CHARLES C LEMLEY | WILEY REIN LLP | 1776 K STREET NW | | WASHINGTON | DC | 20006 | clemley@wileyrein.com |
| WILEY REIN LLP | ATTN DANIEL STANDISH | 1776 K STREET NW | | | WASHINGTON | DC | 20006 | dstandish@wileyrein.com |
| WILLKIE FARR & GALLAGHER LLP | | ATTN MARGOT B SCHONHOLTZ ESQ. | 787 SEVENTH AVE | | NEW YORK | NY | 10019-6099 | mschonholtz@willkie.com |
| WILLKIE FARR & GALLAGHER LLP | | ATTN ANA M. ALFONSO, ESQ. | 787 SEVENTH AVE | | NEW YORK | NY | 10019-6099 | aalfonso@willkie.com |
| WINSTON & STRAWN LLP | | ATTN DAVID NEIER, ESQ. | 200 PARK AVE | | NEW YORK | NY | 10166-4193 | dneier@winston.com |
| WOLLMUTH MAHER & DEUTSCH LLP | | ATTN PAUL R. DEFILIPPO, ESQ. | 500 5TH AVE FL 12 | | NEW YORK | NY | 10110-1299 | pdefilippo@wmd-law.com |
| WRIGHT, LINDSEY & JENNINGS LLP | | ATTN JUDY S. HENRY, ESQ. | 200 W CAPITOL AVE STE 2300 | | LITTLE ROCK | AR | 72201-3699 | jhenry@wlj.com |
| YESKOO HOGAN & TAMLYN, LLP | | ATTN RICHARD C. YESKOO, ESQ. | 139 SOUTH ST | | NEW PROVIDENCE | NJ | 07974 | Yeskoo@yeskoolaw.com |